# EXHIBIT A



**THE CINCINNATI INSURANCE COMPANIES**

**The Cincinnati Insurance Company**

A Stock Insurance Company

**Headquarters:** 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address:** P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

This is a true and certified copy of the complete policy:

*Jennifer Baker* — signature

Jennifer Baker, Assistant Vice President

ECP0269601

**Previous Policy Number**

# CinciPak™
# FOR DENTISTS
# COMMON POLICY DECLARATIONS

Billing Method:

| POLICY NUMBER | ECP 026 96 01 / EBA 026 96 01 |
|---|---|

**NAMED INSURED** SANDY POINT DENTAL PC
REFER TO IA905
**ADDRESS** 545 N RAND RD
(Number & Street, LAKE ZURICH, IL 60047-3134
Town, County,
State & Zip Code)

**Policy Period:** At 12:01 A.M., STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**All coverages except Automobile and / or Garage**
Policy number: ECP 026 96 01        FROM: 10-14-2017    TO: 10-14-2020

**Automobile and / or Garage**
Policy number: EBA 026 96 01        FROM: 10-14-2017    TO: 10-14-2018

Agency    WEST'S INSURANCE AGENCY, INC. 12-171
City        GURNEE, IL

**Legal Entity / Business Description**

ORGANIZATION (ANY OTHER)

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

FORMS APPLICABLE TO ALL COVERAGE PARTS:

| | | |
|---|---|---|
| IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| ICP101 | 05/11 | CINCIPAK™ SUMMARY OF PREMIUMS CHARGED |
| IA904 | 04/04 | SCHEDULE OF LOCATIONS |
| IA905 | 02/98 | NAMED INSURED SCHEDULE |
| IA4236 | 01/15 | POLICYHOLDER NOTICE TERRORISM INSURANCE COVERAGE |
| IA4433IL | 03/17 | IMPORTANT POLICYHOLDERS NOTICE - ILLINOIS |
| IP409IL | 01/91 | IMPORTANT INFORMATION TO POLICYHOLDERS ILLINOIS |
| IP446 | 08/01 | NOTICE TO POLICYHOLDERS |
| IA4006 | 07/10 | SPECIAL PER OCCURRENCE DEDUCTIBLE ENDORSEMENT |
| IA4156IL | 11/16 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| IA4210IL | 03/16 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| IA4238 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IA4338 | 05/11 | SIGNATURE ENDORSEMENT |
| IA4382IL | 07/17 | ILLINOIS CHANGES |
| IA4395IL | 11/15 | ILLINOIS CHANGES - CIVIL UNION |
| IA4442 | 05/14 | NOTICE TO POLICYHOLDERS - EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY |
| FM502 | 07/08 | COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS |
| GA532 | 07/08 | COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS |

**ICP 513 07 11**

FORMS APPLICABLE TO ALL COVERAGE PARTS:

| | | |
|---|---|---|
| MA573 | 06/07 | ELECTRONIC DATA PROCESSING EQUIPMENT COVERAGE FORM DECLARATIONS |
| CA516 | 03/09 | CRIME AND FIDELITY COVERAGE PART DECLARATIONS (COMMERCIAL ENTITIES) |
| PA531 | 10/11 | DENTIST'S PROFESSIONAL LIABILITY COVERAGE PART DECLARATIONS (OCCURRENCE) |
| AA505 | 03/06 | BUSINESS AUTO COVERAGE PART DECLARATIONS |
| HC502 | 01/16 | CINCINNATI DATA DEFENDER™ COVERAGE PART DECLARATIONS |

08-08-2017 15:55

Countersigned _____  By _____

(Date)                                                (Authorized Representative)

**ICP 513 07 11**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF LOCATIONS

| LOC. | STREET ADDRESS | CITY | STATE | ZIP CODE |
|------|----------------|------|-------|----------|
| 1 | 545 N RAND RD | | | |
| | LAKE ZURICH, IL 60047-3134 | | | |

**IA 904 04 04**

CIC0003

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NAMED INSURED SCHEDULE

This Schedule supplements the Declarations.

**SCHEDULE**

Named Insured:

`SANDY POINT DENTAL, PC`

**IA 905 02 98**

CIC0004

# THE **CINCINNATI INSURANCE COMPANY**

### A Stock Insurance Company

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: **ECP 026 96 01**

Named Insured is the same as it appears on the Common Policy Declarations unless otherwise stated here.

**Loc.** **(address)**
REFER TO IA904

| | COVERAGE PROVIDED | | | | OPTIONAL COVERAGES Applicable only when an entry is made | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Coin-surance | Covered Cause Of Loss | | | | | Business Income Indemnity | | |
| Item | Coverage | Limits | | | Inflation Guard (%) | Replace-ment Cost (x) | Replace-ment Cost Ind. Stock (x) | Agreed Value (x) | Monthly Limit (fraction) | Maximum Period (X) | Extended Period (Days) |
| 1 | BUSINESS INCOME W/EXTRA EXPENSE (a) | 12 MONTHS ALS | | SPECIAL | | | | | | | |
| 1-1 | BUILDING | 596,000 | 90% | SPECIAL | 2% | X | | | | | |
| 1-1 | BUSINESS PERSONAL PROPERTY | 396,500 | 90% | SPECIAL | | X | | | | | |

DEDUCTIBLE: $500.00 unless otherwise stated $    1,000

### MORTGAGE HOLDER

| Item | Name and Address |
|---|---|
| 1-1 | JP MORGAN CHASE BANK NA BUSINESS BANKING LOAN SERVICES IL1-0054 PO BOX 6026 CHICAGO, IL 60680 |

FORMS AND / OR ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:

| | | |
|---|---|---|
| FM101 | 04/04 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM (INCLUDING SPECIAL CAUSES OF LOSS) |
| FCP405 | 01/11 | CINCIPLUS® CINCIPAK™ MEDICAL / DENTAL OFFICE PROPERTY XC+® (EXPANDED COVERAGE PLUS) ENDORSEMENT SUMMARY OF COVERAGE LIMITS |
| FCP201 | 01/11 | CINCIPAK™ COMMERCIAL PROPERTY AMENDATORY ENDORSEMENT |
| FCP238 | 09/15 | CINCIPAK™ MEDICAL OR DENTAL OFFICE POLLUTANT CLEAN-UP COVERED PROPERTY EXTENSION |
| FCP206 | 01/11 | CINCIPAK™ MEDICAL OR DENTAL OFFICE ACTUAL LOSS SUSTAINED BUSINESS INCOME ENDORSEMENT |
| FCP211 | 01/11 | CINCIPAK™ MEDICAL OR DENTAL OFFICE COMMERCIAL PROPERTY COVERAGE ENHANCEMENT |
| FCP217 | 03/11 | CINCIPLUS® CINCIPAK™ MEDICAL / DENTAL OFFICE PROPERTY XC+® (EXPANDED COVERAGE PLUS) ENDORSEMENT |
| FCP402 | 05/11 | CINCIPAK™ MEDICAL / DENTAL OFFICE BUSINESS INCOME (AND EXTRA EXPENSE) AMENDATORY ENDORSEMENT |
| FA286 | 01/13 | THE BRIDGE ENDORSEMENT |
| FA4028IL | 04/08 | ILLINOIS CHANGES |
| FA4042 | 11/07 | PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT |
| FA450 | 11/04 | COMMERCIAL PROPERTY CONDITIONS |
| FA480 | 02/16 | LOSS PAYABLE PROVISIONS |
| FA245 | 05/11 | EQUIPMENT BREAKDOWN COVERAGE (INCLUDING PRODUCTION MACHINERY) |

CIC0005

FORMS AND / OR ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:
**FA213    04/04 BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**

CIC0006

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM (INCLUDING SPECIAL CAUSES OF LOSS)

## TABLE OF CONTENTS

SECTION A. COVERAGE .................................................................................................................. 3
  1. Covered Property ...................................................................................................................... 3
     a. Building ................................................................................................................................ 3
     b. Outdoor Signs .................................................................................................................... 3
     c. Outdoor Fences ................................................................................................................. 3
     d. Business Personal Property ................................................................................................ 3
  2. Property Not Covered ............................................................................................................... 4
     a. Accounts, Deeds, Money or Securities ............................................................................. 4
     b. Animals ............................................................................................................................... 4
     c. Automobiles ........................................................................................................................ 4
     d. Contraband ......................................................................................................................... 4
     e. Electronic Data ................................................................................................................... 4
     f. Excavations, Grading & Backfilling .................................................................................... 4
     g. Foundations ........................................................................................................................ 4
     h. Land, Water or Growing Crops ........................................................................................... 4
     i. Paved Surfaces .................................................................................................................. 4
     j. Property While Airborne or Waterborne ............................................................................ 4
     k. Pilings or Piers ................................................................................................................... 4
     l. Property More Specifically Insured .................................................................................... 4
     m. Retaining Walls .................................................................................................................. 4
     n. Underground Pipes, Flues or Drains ................................................................................. 4
     o. Valuable Papers & Records and Cost to Research ........................................................... 4
     p. Vehicles or Self-Propelled Machines ................................................................................. 5
     q. Property While Outside of Buildings .................................................................................. 5
  3. Covered Causes of Loss .......................................................................................................... 5
     a. Risks of Direct Physical Loss ............................................................................................ 5
     b. Exclusions .......................................................................................................................... 5
     c. Limitations ......................................................................................................................... 10
  4. Additional Coverages ............................................................................................................. 11
     a. Change in Temperature or Humidity ................................................................................ 11
     b. Debris Removal ................................................................................................................ 11
     c. Fire Department Service Charge ...................................................................................... 12
     d. Fire Protection Equipment Recharge ............................................................................... 13
     e. Inventory or Appraisal ...................................................................................................... 13
     f. Key and Lock Expense ..................................................................................................... 13
     g. Ordinance or Law ............................................................................................................. 13
     h. Pollutant Clean Up and Removal ..................................................................................... 14
     i. Preservation of Property ................................................................................................... 14
     j. Rewards ............................................................................................................................ 15
  5. Coverage Extensions ............................................................................................................. 15
     a. Accounts Receivable ........................................................................................................ 15

Includes copyrighted material of ISO Properties, Inc.,
with its permission.  Includes copyrighted material
with permission of American Association of Insurance Services, Inc.

CIC0007

|   | b. | Business Income and Extra Expense | 16 |
|   | c. | Collapse | 19 |
|   | d. | Electronic Data | 20 |
|   | e. | Fairs or Exhibitions | 20 |
|   | f. | Fences | 20 |
|   | g. | Fungi, Wet Rot, Dry Rot, and Bacteria - Limited Coverage | 20 |
|   | h. | Glass | 21 |
|   | i. | Newly Acquired or Constructed Property | 22 |
|   | j. | Non-Owned Building Damage | 23 |
|   | k. | Outdoor Property | 23 |
|   | l. | Personal Effects | 23 |
|   | m. | Property Off Premises | 23 |
|   | n. | Signs | 24 |
|   | o. | Trailers (Non-Owned Detached) | 24 |
|   | p. | Transportation | 24 |
|   | q. | Utility Services | 24 |
|   | r. | Valuable Papers and Records | 25 |
|   | s. | Water, Other Liquids, Powder or Molten Material Damage | 26 |

| SECTION B. LIMITS OF INSURANCE | | | 26 |
| SECTION C. DEDUCTIBLE | | | 26 |
|   | 1. | Deductible Examples | 26 |
|   | 2. | Glass Deductible | 27 |
| SECTION D. LOSS CONDITIONS | | | 27 |
|   | 1. | Abandonment | 27 |
|   | 2. | Appraisal | 27 |
|   | 3. | Duties in the Event of Loss or Damage | 27 |
|   | 4. | Loss Payment | 28 |
|   | 5. | Recovered Property | 29 |
|   | 6. | Vacancy | 29 |
|   |   | a. Description of Terms | 29 |
|   |   | b. Vacancy Provisions | 30 |
|   | 7. | Valuation | 30 |
| SECTION E. ADDITIONAL CONDITIONS | | | 31 |
|   | 1. | Coinsurance | 31 |
|   | 2. | Mortgage Holders | 32 |
| SECTION F. OPTIONAL COVERAGES | | | 32 |
|   | 1. | Agreed Value | 32 |
|   | 2. | Inflation Guard | 32 |
|   | 3. | Replacement Cost | 33 |
| SECTION G. DEFINITIONS | | | 33 |

Includes copyrighted material of ISO Properties, Inc.,
with its permission.  Includes copyrighted material with
permission of American Association of Insurance Services, Inc.

CIC0008

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM (INCLUDING SPECIAL CAUSES OF LOSS)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION G. DEFINITIONS.**

## SECTION A. COVERAGE

We will pay for direct physical "loss" to Covered Property at the "premises" caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

#### a. Building

Building, means the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

    (a) Machinery and equipment;

    (b) Building glass, including any lettering and ornamentation;

    (c) Signs attached to a building or structure that is Covered Property;

    (d) Awnings and canopies;

(4) Personal property owned by you that is used to maintain or service a covered building or its "premises", including:

    (a) Fire extinguishing equipment;

    (b) Outdoor furniture;

    (c) Floor coverings; and

    (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

    (a) Additions under construction, alterations and repairs to a covered building;

    (b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the "premises", used for making additions, alterations or repairs to a covered building.

#### b. Outdoor Signs

Your outdoor signs permanently installed and not attached to a covered building, and located within 1,000 feet of the "premises".

#### c. Outdoor Fences

Your outdoor fences.

#### d. Business Personal Property

Your Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the "premises". Your Business Personal Property consists of the following unless otherwise specified in the Declarations or on the **BUSINESS PERSONAL PROPERTY - SEPARATION OF COVERAGE ENDORSEMENT.**

(1) Furniture;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) The cost of labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property used in your business for which you have a contractual responsibility to insure. Such leased property is not considered per-

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0009

sonal property of others in your care, custody or control;

**(8)** Personal Property of Others that is in your care, custody or control or for which you are legally liable.

**(a)** This does not include personal effects owned by you, your officers, your partners, or if you are a limited liability company, your members or your managers, or your employees (including leased and temporary workers), except as provided in **5. Coverage Extensions, l. Personal Effects**;

**(b)** This does not include property of others for which you are legally liable as:

**1)** A carrier for hire; or

**2)** An arranger of transportation, including carloaders, consolidators, brokers, freight forwarders, or shipping associations; and

**(9)** Sales samples.

## 2. Property Not Covered

Covered Property does not include:

**a. Accounts, Deeds, Money or Securities**

Except as provided in **SECTION A. COVERAGE, 5. Coverage Extensions, a. Accounts Receivable,** Accounts, bills, currency, deeds, food stamps or other evidences of debt, "money", notes or "securities";

**b. Animals**

Animals, unless

**(1)** Owned by others and boarded by you; or

**(2)** Owned by you and covered as "stock" while inside of buildings

and then only as provided in **3. Covered Causes of Loss, c. Limitations.**

**c. Automobiles**

Automobiles held for sale;

**d. Contraband**

Contraband, or property in the course of illegal transportation or trade;

**e. Electronic Data**

Except as provided in **SECTION A. COVERAGE, 5. Coverage Extensions, d. Elec-**

tronic Data, "Electronic data". This Paragraph **e.** does not apply to your "stock" of prepackaged software.

**f. Excavations, Grading & Backfilling**

The cost of excavations, grading, backfilling or filling;

**g. Foundations**

Foundations of buildings, structures, machinery or boilers, if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement.

**h. Land, Water or Growing Crops**

Land (including land on which the property is located), water, growing crops or lawns;

**i. Paved Surfaces**

Bridges, roadways, walks, patios or other paved surfaces;

**j. Property While Airborne or Waterborne**

Personal property while airborne or waterborne;

**k. Pilings or Piers**

Pilings, piers, bulkheads, wharves or docks;

**l. Property More Specifically Insured**

Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except as provided in **G. Other Insurance** of the **COMMERCIAL PROPERTY CONDITIONS**;

**m. Retaining Walls**

Retaining walls that are not part of any building described in the Declarations;

**n. Underground Pipes, Flues or Drains**

Underground pipes, flues or drains;

**o. Valuable Papers & Records and Cost to Research**

Except as provided in **SECTION A. COVERAGE, 5. Coverage Extensions, r. Valuable Papers and Records,** the cost to research, replace or restore the information on "valuable papers and records", including those which exist as "electronic data".

This does not apply to "valuable papers and records" held for sale by you.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0010

**p.** **Vehicles or Self-Propelled Machines**

Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the "premises".

This paragraph does not apply to:

**(1)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(2)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(3)** Rowboats or canoes out of water and located at the "premises"; or

**(4)** Trailers, but only as provided in **SECTION A. COVERAGE, 5. Coverage Extensions, o. Trailers (Non-Owned Detached).**

**q.** **Property While Outside of Buildings**

The following property while outside of buildings (except as provided in **SECTION A. COVERAGE, 5. Coverage Extensions**):

**(1)** Grain, hay, straw or other crops;

**(2)** Signs, except:

    **a)** Signs attached to a covered building or structure;

    **b)** Signs for which a Limit of Insurance is shown in the Declarations.

**(3)** Outdoor fences, except outdoor fences for which a Limit of Insurance is shown in the Declarations;

**(4)** Radio antennas, television antennas or satellite dishes; including their lead-in wiring, masts, and towers; and

**(5)** Trees, shrubs or plants (other than "stock" of trees, shrubs or plants).

## 3. Covered Causes of Loss

**a.** **Risks of Direct Physical Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the "loss" is:

**(1)** Excluded in **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions**; or

**(2)** Limited in **SECTION A. COVERAGE, 3. Covered Causes of Loss, c. Limitations**;

that follow.

**b.** **Exclusions**

**(1)** We will not pay for "loss" caused directly or indirectly by any of the following, unless otherwise provided. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

**(a) Ordinance or Law**

Except as provided in **SECTION A. COVERAGE, 4. Additional Coverages, g. Ordinance or Law**, the enforcement of any ordinance or law:

    **1)** Regulating the construction, use or repair of any building or structure; or

    **2)** Requiring the tearing down of any building or structure, including the cost of removing its debris.

This exclusion applies whether "loss" results from:

    **1)** An ordinance or law that is enforced even if the building or structure has not been damaged; or

    **2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of any building or structure, or removal of its debris, following a physical "loss" to that building or structure.

**(b) Earth Movement**

    **1)** Earthquake, including any earth sinking, rising or shifting related to such event;

    **2)** Landslide, including any earth sinking, rising or shifting related to such event;

    **3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    **4)** Earth sinking (other than "sinkhole collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**

**Page 5 of 35**

CIC0011

include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **(b) 1)** through **4)** above, results in fire or explosion, we will pay for the "loss" caused by that fire or explosion.

**5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the "loss" caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct "loss" resulting from the eruption of a volcano when the "loss" is caused by:

**a)** Airborne volcanic blast or airborne volcanic shock waves;

**b)** Ash, dust or particulate matter; or

**c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical "loss" to the described property.

**6)** This exclusion **Earth Movement** does not apply to:

**a)** **SECTION A. COVERAGE, 5. Coverage Extensions, a. Accounts Receivable;**

**b)** **SECTION A. COVERAGE, 5. Coverage Extensions, p. Transportation;**

**c)** **SECTION A. COVERAGE, 5. Coverage Extensions, r. Valuable Papers and Records**; or

**d)** Office furniture that is covered Business Personal Property.

**(c) Governmental Action**

Seizure or destruction of property by order of governmental authority. However, we will pay for "loss" caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**(d) Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

**(e) Utility Services**

**1)** Except as provided in **SECTION A. COVERAGE, 5. Coverage Extensions, q. Utility Services**, the failure of power or other utility services supplied to the "premises"; however caused, if the failure occurs away from the "premises". Failure includes lack of sufficient capacity and reduction in supply.

However, if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for that portion of "loss" caused by that Covered Cause of Loss.

**2)** This exclusion does not apply to Business Income coverage or Extra Expense coverage. Instead, **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions, (4) Special Exclusions** applies to these coverages.

**(f) War and Military Action**

**1)** War, including undeclared or civil war;

**2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**     **Page 6 of 35**

CIC0012

3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

(g) **Water**

1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2) Mudslide or mudflow;

3) Water or waterborne material which backs up through or overflows or is discharged from a sewer, drain, septic system, sump pump or related equipment; or

4) Water or waterborne material under the ground surface pressing on, or flowing or seeping through:

a) Foundations, walls, floors or paved surfaces;

b) Basements, whether paved or not; or

c) Doors, windows or other openings.

However, if water, as described in **(g)1)** through **(g)4)** above, results in fire, explosion or sprinkler leakage, we will pay for that portion of "loss" caused by that fire, explosion or sprinkler leakage.

5) This exclusion **Water** does not apply to:

a) **SECTION A. COVERAGE, 5. Coverage Extensions, a. Accounts Receivable;**

b) **SECTION A. COVERAGE, 5. Coverage Extensions, p. Transportation;**

c) **SECTION A. COVERAGE, 5. Coverage Extensions, r. Valuable Papers and Records**; or

d) Office furniture that is covered Business Personal Property.

(h) **"Fungi", Wet Rot, Dry Rot, and Bacteria**

1) Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria. But if "fungi", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the "loss" caused by that "specified cause of loss".

2) This exclusion does not apply:

a) When "fungi", wet or dry rot or bacteria results from fire or lightning; or

b) To the extent that coverage is provided in **SECTION A. COVERAGE, 5. Coverage Extensions, g. "Fungi", Wet Rot, Dry Rot and Bacteria - Limited Coverage** with respect to "loss" from a cause of loss other than fire or lightning.

Exclusions **b.(1)(a)** through **b.(1)(h)** apply whether or not the "loss" event results in widespread damage or affects a substantial area.

(2) We will not pay for "loss" caused by or resulting from any of the following:

(a) **Electrical Current**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. However, if artificially generated electrical current results in fire, we will pay for that portion of the "loss" caused by that fire.

(b) **Delay or Loss of Use**

Delay, loss of use or loss of market.

(c) **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

(d) **Miscellaneous Causes of Loss**

1) Wear and tear;

2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

3) Smog;

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0013

4) Settling, cracking, shrinking or expansion;

5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, if mechanical breakdown results in elevator collision, we will pay for that portion of "loss" caused by that elevator collision; or

7) The following causes of loss to personal property:

   a) Marring or scratching;

   b) Except as provided in **SECTION A. COVERAGE, 4. Additional Coverages, a. Change in Temperature or Humidity** and **5. Coverage Extensions, q. Utility Services;**

      i) Dampness or dryness of atmosphere; and

      ii) Changes in or extremes of temperature.

However, if an excluded cause of loss listed in **(2)(d) 1)** through **7)** results in a "specified cause of "loss" or building glass breakage, we will pay for that portion of "loss" caused by that "specified cause of loss" or building glass breakage.

(e) **Explosion of Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. However, if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for that portion of "loss" caused by that fire or combustion explosion. We will also pay for "loss" caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(f) **Water Seepage**

Continuous or repeated seepage or leakage of water or the presence or condensation of humidity, moisture, or vapor that occurs over a period of 14 days or more.

(g) **Freezing of Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protection systems) caused by or resulting from freezing, unless:

   1) You did your best to maintain heat in the building or structure; or

   2) You drained the equipment and shut off the supply if the heat was not maintained.

(h) **Dishonest Acts**

Dishonest or criminal acts by you, anyone else with an interest in the property, any of your or their partners, employees (including leased or temporary workers) directors, trustees, authorized representatives or if you are a limited liability company, your members or your managers, or anyone to whom you entrust the property for any purpose:

   1) Acting alone or in collusion with others; or

   2) Whether or not occurring during the hours of employment.

This **Dishonest Acts** exclusion does not apply to acts of destruction by your employees (including leased or temporary workers); except theft by employees (including leased or temporary workers) is not covered.

(i) **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

(j) **Exposure to Weather**

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04

Page 8 of 35

CIC0014

Rain, snow, ice or sleet to personal property in the open.

**(k) Collapse**

Collapse, except as provided in **SECTION A. COVERGAE, 5. Coverage Extensions, c. Collapse.** However, if collapse results in a Covered Cause of Loss at the "premises", we will pay for that portion of "loss" caused by that Covered Cause of Loss.

**(l) Pollutants**

Discharge, dispersal, seepage, migration, release, escape or emission of "pollutants" unless the discharge, dispersal, seepage, migration, release, escape or emission is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release, escape or emission of "pollutants" results in a "specified cause of loss", we will pay for the "loss" caused by that "specified cause of loss".

This exclusion does not apply to "loss" to glass caused by chemicals applied to the glass.

**(m) Work Process**

Any processing or work upon Covered Property. But if "loss" by fire results, we will pay for that resulting "loss".

**(n) Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of "loss".

**(3)** We will not pay for "loss" caused by or resulting from any of the following: **(3)(a)** through **(3)(c).** However, if an excluded cause of loss that is listed in **(3)(a)** through **(3)(c)** results in a Covered Cause of Loss, we will pay for that portion of "loss" caused by that Covered Cause of Loss:

**(a) Weather Conditions**

Weather conditions, but this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions,** **(1)(a)** through **(1)(h)** to produce the "loss".

**(b) Acts or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**(c) Defects, Errors, and Omissions**

**1)** An act, error, or omission (negligent or not) relating to:

**a)** Land use;

**b)** Design, specifications, construction, workmanship;

**c)** Planning, zoning, development, surveying, siting, grading, compaction; or

**d)** Maintenance, installation, renovation, repair, or remodeling

of part or all of any property on or off the "premises";

**2)** A defect, weakness, inadequacy, fault, or unsoundness in materials used in construction or repair of part or all of any property on or off the "premises"; or

**3)** The cost to make good any error in design.

**(4) Special Exclusions**

The Special Exclusions apply only to **SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense**; and if attached to this policy, the following coverage forms: **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM, BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM,** and **EXTRA EXPENSE COVERAGE FORM.**

We will not pay for:

**(a)** Except as provided in **5. Coverage Extensions, q. Utility Services**, any "loss" caused directly or indirectly by the failure of power or other utility service supplied to the "premises", however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply. However, if the failure of

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**

**Page 9 of 35**

CIC0015

power or other utility service results in a Covered Cause of Loss, we will pay for that portion of "loss" resulting from that Covered Cause of Loss.

**(b)** Any "loss" caused by or resulting from:

**1)** Damage or destruction of finished "stock"; or

**2)** The time required to reproduce finished "stock".

This Exclusion **(b)** does not apply to Extra Expense.

**(c)** Any "loss" caused by or resulting from damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(d)** Any increase of "loss" caused by or resulting from:

**1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**2)** Suspension, lapse or cancellation of any license, lease or contract. However, if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such "loss" that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

**(e)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(f)** Any other indirect "loss".

**c. <u>Limitations</u>**

The following limitations apply to all policy forms and endorsements shown on the **COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**, unless otherwise stated:

**(1) Limitations - Various Types of Property**

We will not pay for "loss" to property as described and limited in this section. In addition, we will not pay for any "loss" that is a consequence of "loss" as described and limited in this section.

**(a) Steam Apparatus**

Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for "loss" to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(b) Hot Water Boilers**

Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**(c) Building Interiors**

The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**2)** The "loss" is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(d) Building Materials - Theft**

Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**1)** Building materials and supplies held for sale by you; or

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04          Page 10 of 35

CIC0016

**2)** Business Income coverage or Extra Expense coverage.

**(e) Missing Property**

Property that is missing, where the only evidence of the "loss" is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**(f) Gutters and Downspouts**

Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

**(g) Transferred Property**

Property that has been transferred to a person or to a place outside the "premises" on the basis of unauthorized instructions.

**(2) Limitations - Various Property for Specified Causes**

We will not pay for "loss" to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**(a)** Animals, and then only if they are killed or their destruction is deemed necessary.

**(b)** Contractors equipment, machinery and tools owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**1)** If the property is located on or within 1,000 feet of the "premises"; or

**2)** To Business Income coverage or to Extra Expense coverage.

**(3) Limitation - Personal Property Theft**

This Limitation does not apply to Business Income coverage or to Extra Expense coverage. The special limit shown for each category, **(3)(a)** through **(3)(d)**, is the most we will pay for "loss" to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**(a)** $2,500 for furs, fur garments and garments trimmed with fur.

**(b)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(c)** $2,500 for patterns, dies, molds and forms.

**(d)** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

**4. Additional Coverages**

Unless stated otherwise, **SECTION C. DEDUCTIBLE** does not apply to the Additional Coverages. The Additional Coverages Limits of Insurance apply on a per location basis unless stated otherwise.

**a. Change in Temperature or Humidity**

We will pay for "loss" to your covered Business Personal Property caused by a change in temperature or humidity or contamination by refrigerant resulting from damage by a Covered Cause of Loss to equipment used for refrigerating, cooling, humidifying, dehumidifying, air conditioning, heating, generating or converting power (including their connections and supply or transmission lines and pipes) when located on the "premises".

This Coverage is included within the Limits of Insurance shown in the Declarations.

**b. Debris Removal**

**(1)** Subject to Paragraphs **(3)** and **(4)** of this Additional Coverage, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the "coverage term". The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical "loss".

**(2)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**

**Page 11 of 35**

CIC0017

**(b)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical "loss" plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained "loss".

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical "loss" to the Covered Property that has sustained "loss".

**(4)** We will pay up to an additional $10,000 for debris removal expense, for each "premises", in any one occurrence of physical "loss" to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical "loss" exceeds the Limit of Insurance on the Covered Property that has sustained "loss".

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical "loss" to the Covered Property that has sustained "loss".

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical "loss" and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained "loss", plus $10,000.

**(5) Examples**

The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of "Loss" | $ 50,000 |
| Amount of "Loss" Payable ($50,000 - $500) | $ 49,500 |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable ($10,000 is 20% of $50,000) | $ 10,000 |

The debris removal expense is less than 25% of the sum of the "loss" payable plus the deductible. The sum of the "loss" payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of "Loss" | $ 80,000 |
| Amount of "Loss" Payable ($80,000 - $500) | $ 79,500 |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the "loss" payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the "loss" payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the "loss" payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 in any one occurrence for your liability, which

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**     **Page 12 of 35**

CIC0018

is determined prior to "loss", for fire department service charges:

**(1)** Assumed by contract or agreement; or

**(2)** Required by local ordinance.

This Coverage is in addition to the Limits of Insurance shown in the Declarations.

**d.** **Fire Protection Equipment Recharge**

**(1)** We will pay for the expenses you incur to recharge your automatic fire suppression system or portable fire extinguishers when the equipment is discharged:

**(a)** To combat a covered fire to which this insurance applies;

**(b)** As a result of another covered Cause of Loss other than fire; or

**(c)** As a result of an accidental discharge.

**(2)** We will not pay your expenses to recharge fire protection equipment as a result of a discharge during testing or installation.

**(3)** If it is less expensive to do so, we will pay your costs to replace your automatic fire suppression system or portable fire extinguishers rather than recharge that equipment.

The most we will pay under this Additional Coverage is $25,000 in any one occurrence. This Coverage is in addition to the Limits of Insurance shown in the Declarations.

**e.** **Inventory or Appraisal**

**(1)** We will pay the necessary expenses you incur to prepare claim information as required by this Coverage Part. Expenses must result from:

**(a)** Taking inventories;

**(b)** Making appraisals; and

**(c)** Preparing a statement of loss and other supporting exhibits.

**(2)** We will not pay for any expenses:

**(a)** Incurred to prove that "loss" is covered;

**(b)** Incurred under **SECTION D. LOSS CONDITIONS, 2. Appraisal;**

**(c)** Incurred for examinations under oath;

**(d)** Billed by and payable to independent or public adjusters; or

**(e)** To prepare claims not covered by this Coverage Part.

The most we will pay under this Additional Coverage for any one occurrence is $10,000. This Coverage is in addition to the Limits of Insurance shown in the Declarations.

**f.** **Key and Lock Expense**

**(1)** If a key is lost, stolen, or damaged, we will pay for:

**(a)** The actual expense of the new keys; and

**(b)** The adjustment of locks to accept new keys; or

**(c)** If required, new locks, including the expense of their installation;

but only for locks at buildings or structures covered by this Coverage Part.

**(2)** This Coverage does not apply to keys that were given to former employees.

The most we will pay under this Additional Coverage is $1,000 per occurrence. This Coverage is in addition to the Limits of Insurance shown in the Declarations.

**g.** **Ordinance or Law**

**(1)** If a Covered Cause of Loss occurs to a covered building or structure, resulting in the enforcement of an ordinance or law that:

**(a)** Requires the demolition of undamaged parts of covered buildings or structures that are damaged or destroyed by a Covered Cause of Loss; or

**(b)** Regulates the construction or repair of buildings or structures, or establishes building, zoning, or land use requirements at the "premises"; and

**(c)** Is in force at the time that "loss" is sustained;

we will pay:

**(a)** For loss in value of the undamaged portion of the building or structure caused by enforcement of an ordinance or law that requires demolition of undamaged parts of the same building or structure;

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**

**Page 13 of 35**

CIC0019

**(b)** The cost to demolish and clear the site of undamaged parts of the building or structure; and

**(c)** The increased cost to:

**1)** Repair or reconstruct damaged portions of that building or structure; and

**2)** Reconstruct or remodel undamaged portions of that building or structure whether or not demolition is required;

when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law. However, this increased cost of construction applies only if the restored or remodeled building or structure is intended for occupancy similar to the building or structure it replaces, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(d)** The increased cost to repair or reconstruct the following:

**1)** The cost of excavations, grading, backfilling and filling;

**2)** Foundation of the building;

**3)** Pilings;

**4)** Underground pipes, flues and drains.

The items listed in **(d)1)** through **(d)4)** above are deleted from **SECTION A. COVERAGE, 2. Property Not Covered**; but only with respect to the increased cost of construction coverage described in this Additional Coverage.

**(2)** We will not pay for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

**(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or

neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

**(3)** We will not pay for "loss" due to any ordinance or law that:

**(a)** You were required to comply with before the "loss", even if the building was undamaged; and

**(b)** With which you failed to comply.

**(4)** The terms of this Additional Coverage apply separately to each building or structure covered by this policy.

**(5)** The most we will pay under this Additional Coverage is $10,000 per building. This is in addition to the Limits of Insurance shown in the Declarations.

**h. Pollutant Clean Up and Removal**

We will pay your expenses to extract "pollutants" from land or water at the "premises" if the discharge, dispersal, seepage, migration, release, escape or emission of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the "coverage term". The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each "premises" is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss during each "coverage term". This is in addition to the Limits of Insurance shown in the Declarations.

**i. Preservation of Property**

If it is necessary to move Covered Property from the "premises" to preserve it from imminent "loss" by a Covered Cause of Loss, we will pay for any direct physical "loss" to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the "loss" occurs within 60 days after the property is first moved.

This Coverage is included within the Limits of Insurance shown in the Declarations.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0020

### j. Rewards

We will pay to provide a reward for information that leads to a conviction for arson, theft, vandalism, or burglary. The conviction must involve a covered "loss" caused by arson, theft, vandalism, or burglary. The most we will pay for "loss" under this Additional Coverage is $10,000 in any one occurrence. This Coverage is in addition to the Limits of Insurance shown in the Declarations.

## 5. Coverage Extensions

Unless amended within the Extension, each Extension applies to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the "premises".

The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance shown in the Property Declarations. Limits of Insurance specified in these Extensions apply per location unless stated otherwise.

**SECTION E. ADDITIONAL CONDITIONS, 1. Coinsurance**, does not apply to these Coverage Extensions.

### a. Accounts Receivable

**SECTION C. DEDUCTIBLE** does not apply to this Coverage Extension.

(1) When you sustain "loss" to your accounts receivable records caused by a Covered Cause of Loss, we will pay:

   (a) All amounts due from your customers that you are unable to collect;

   (b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   (c) Collection expenses in excess of your normal collection expenses that are made necessary by the "loss"; and

   (d) Other reasonable expenses that you incur to re-establish your records of accounts receivable.

(2) Coverage does not apply to:

   (a) Records of accounts receivable in storage away from the "premises"; or

   (b) Contraband, or property in the course of illegal transportation or trade.

(3) We will extend coverage to include:

   (a) Removal

   If you give us written notice within 30 days of removal of your records of accounts receivable because of imminent danger of "loss" from a Covered Cause of Loss, we will pay for "loss" while they are:

     1) At a safe place away from your "premises"; or

     2) Being taken to and returned from that place.

   This Removal coverage is included within the Limit of Insurance applicable to this Coverage Extension.

   (b) Away From Your Premises

   We will pay up to $5,000 in any one occurrence, regardless of the number of locations, for "loss" caused by a Covered Cause of Loss to Accounts Receivable while they are away from your "premises".

   This Away From Premises Limit is in addition to the Limit of Insurance applicable to this Coverage Extension.

(4) **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions** does not apply to this Coverage Extension, except as follows:

   (a) **Exclusion (1)(c) Governmental Action;**

   (b) **Exclusion (1)(d) Nuclear Hazard;**

   (c) **Exclusion (1)(f) War and Military Action.**

(5) In addition to Paragraph (4) of this Coverage Extension, we will not pay for "loss" resulting from any of the following:

   (a) Dishonest or criminal acts by:

     1) You, your partners, employees, directors, trustees or authorized representatives;

     2) A manager or a member if you are a limited liability company;

     3) Anyone else with an interest in the records of accounts receivable, or their employees or authorized representatives; or

**FM 101 04 04**

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**Page 15 of 35**

CIC0021

**4)** Anyone else entrusted with the records of accounts receivable for any purpose.

This Paragraph **(5)(a)** applies whether or not such persons are acting alone or in collusion with other persons or such act occurs during the hours of employment.

However, this Paragraph **(5)(a)** does not apply to dishonest acts of a carrier for hire or to acts of destruction by your employees. However, theft by employees is still not covered.

**(b)** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(c)** Bookkeeping, accounting or billing errors or omissions.

**(d)** Electrical or magnetic injury, disturbance or erasure of "electronic data" that is caused by or results from:

**1)** Programming errors or faulty machine instructions;

**2)** Faulty installation or maintenance of data processing equipment or component parts;

**3)** An occurrence that took place more than 100 feet from your "premises"; or

**4)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct "loss" caused by lightning.

**(e)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**(f)** A "loss" that requires any audit of records or any inventory computation to prove its factual existence.

**(6) Determination of Receivables:**

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of "loss", the following method will be used:

**1)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the "loss" occurs; and

**2)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the "loss" occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**1)** The amount of the accounts for which there is no "loss"; and

**2)** The amount of the accounts that you are able to reestablish or collect; and

**3)** An amount to allow for probable bad debts that you are normally unable to collect; and

**4)** All unearned interest and service charges.

The most we will pay for "loss" under this Coverage Extension is $25,000 in any one occurrence.

**b.** <u>**Business Income and Extra Expense**</u>

**SECTION C. DEDUCTIBLE** does not apply to this Coverage Extension.

**(1) Business Income**

We will pay for the actual loss of "Business Income" and "Rental Value" you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical "loss" to property at a "premises" caused by or resulting from any Covered Cause of Loss. With respect to "loss" to personal property in the open or personal property in a vehicle, the "premises" include the area within

FM 101 04 04

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Page 16 of 35

CIC0022

1000 feet of the site at which the "premises" are located.

**(2) Extra Expense**

We will pay "Extra Expense" you incur during the "period of restoration":

**(a)** To avoid or minimize the "suspension" of business and to continue "operations":

**1)** At the "premises"; or

**2)** At replacement locations or at temporary locations, including:

**a)** Relocation expenses; and

**b)** Costs to equip and operate the replacement or temporary locations; or

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

However:

**(a)** We will pay "Extra Expense" to repair or replace any property, or to research, replace, or restore the lost information on damaged "valuable papers and records" only to the extent it reduces the amount of "loss" that otherwise would have been payable under this Coverage Part; and

**(b)** If any property obtained for temporary use during the "period of restoration" remains after the resumption of normal "operations", the amount we will pay under this Coverage will be reduced by the salvage value of that property.

**(3) Tenant Premises**

If you are a tenant and occupy only part of the site at which the "premises" are located, for the purpose of this Coverage Extension only, your "premises" is the portion of the building that you rent, lease or occupy, including:

**(a)** Any area within the building or on the site at which the "premises" are located if that area services or is used to gain access to the "premises"; and

**(b)** Your personal property in the open (or in a vehicle) within 1,000 feet.

**(4) Civil Authority**

We will pay for the actual loss of "Business Income" you sustain and "Extra Expense" you incur caused by action of civil authority that prohibits access to the "premises" due to direct physical "loss" to property, other than at the "premises", caused by or resulting from any Covered Cause of Loss.

This coverage will apply for a period of up to 30 consecutive days from the date of that action.

**(5) Alterations and New Buildings**

We will pay for the actual loss of "Business Income" you sustain and "Extra Expense" you incur due to direct physical "loss" at the "premises" caused by or resulting from any Covered Cause of Loss to:

**(a)** New buildings or structures, whether complete or under construction;

**(b)** Alterations or additions to existing buildings or structures; and

**(c)** Machinery, equipment, supplies or building materials located on or within 1,000 feet of the "premises" and:

**1)** Used in the construction, alterations or additions; or

**2)** Incidental to the occupancy of new buildings.

If such direct physical "loss" delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical "loss" had not occurred.

**(6) Newly Acquired Locations**

We will pay the actual loss of "Business Income" you sustain and "Extra Expense" you incur due to direct physical "loss" to Covered Property at any location you acquire caused by or resulting from a Covered Cause of Loss. This coverage for the Newly Acquired locations will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** You report values to us;

**(c)** 90 days pass from the date you acquire or begin to construct the Covered Property.

Includes copyrighted material of ISO Properties, Inc., with its permission.  Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0023

**(7) Extended Business Income**

**(a)** For "Business Income" Other Than "Rental Value", if the necessary "suspension" of your "operations" produces a "Business Income" or "Extra Expense" "loss" payable under this Coverage Part, we will pay for the actual loss of "Business Income" you sustain and "Extra Expense" you incur during the period that:

**1)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**2)** Ends on the earlier of:

**a)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical "loss" had occurred; or

**b)** 60 consecutive days after the date determined in **(a)1)** above.

However, Extended Business Income does not apply to loss of "Business Income" sustained or "Extra Expense" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the "premises" are located.

Loss of "Business Income" must be caused by direct physical "loss" at the "premises" caused by or resulting from any Covered Cause of Loss.

**(b)** For "Rental Value", if the necessary "suspension" of your "operations" produces a "Rental Value" "loss" payable under this Coverage Part, we will pay for the actual loss of "Rental Value" you incur during the period that:

**1)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**2)** Ends on the earlier of:

**a)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical "loss" had occurred; or

**b)** 60 consecutive days after the date determined in **(b)1)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the "premises" are located.

Loss of "Rental Value" must be caused by direct physical "loss" at the "premises" caused by or resulting from any Covered Cause of Loss.

**(8) Interruption of Computer Operations**

**(a)** Subject to all provisions of this Coverage Extension, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" as described in **SECTION A. COVERAGE, 5. Coverage Extensions, d. Electronic Data.**

**(b)** Paragraph **(8)(a)** does not apply to "loss" sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in Paragraph **(8)(c)** has not been exhausted.

**(c)** The most we will pay under Paragraph **(8)** of this Coverage Extension is $2,500 for all "loss" sustained and expense incurred in the "coverage term", regardless of the number of interruptions or the number of "premises" or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for subsequent interruptions in that "coverage term". A balance remaining at the end of a "coverage term" does not carry over to the next "coverage term". With respect to an interruption that begins in a "coverage term" and continues or

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04      Page 18 of 35

CIC0024

results in additional "loss" or expense in a subsequent "coverage term", all "loss" and expense is deemed to be sustained in the "coverage term" in which the interruption began.

This $2,500 coverage for Interruption of Computer Operations does not increase the Limit of Insurance provided in this Coverage Extension.

The most we will pay for "loss" under this "Business Income" and "Extra Expense" Coverage Extension is $25,000 in any one occurrence.

c. **Collapse**

**(1)** With respect to buildings:

**(a)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(b)** A building or any part of a building that is in imminent danger of collapse is not considered to be in a state of collapse.

**(c)** A building that is standing or any part of a building that is standing is not considered to be in state of collapse even if it:

1) Has separated from another part of a building; or

2) Shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinking or expanding.

**(2)** We will pay for "loss" to Covered Property, caused by collapse of a building or any part of a building insured under this Coverage Part, if the collapse is caused by one or more of the following:

**(a)** "Specified Causes of Loss" and breakage of building glass as provided under this Coverage Part.

**(b)** Decay that is hidden from view, unless the presence of such decay is known or should reasonably have been known to an insured prior to collapse;

**(c)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known or should reasonably have been

known to an insured prior to collapse;

**(d)** Weight of people or personal property;

**(e)** Weight of rain that collects on a roof;

**(f)** Use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation. However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in **(2)(a)** through **(2)(e)** of this Coverage Extension, we will pay for "loss" even if the use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **(1)(a)** through **(1)(c)** of this Coverage Extension do not limit the coverage otherwise provided for the causes of loss listed in **(2)(a), (2)(d), or (2)(e)** of this paragraph.

**(3)** If the following is Covered Property under this Coverage Part:

**(a)** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**(b)** Awnings, gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Fences;

**(f)** Piers, wharves and docks;

**(g)** Beach or diving platforms; including their appurtenances;

**(h)** Retaining walls; and

**(i)** Walks, roadways and other paved surfaces;

we will pay for "loss" caused by its collapse, if such "loss" is a direct result of the collapse of a building or structure insured under this Coverage Part. That building collapse must be caused by a cause of loss listed in **(2)(b)** through **(2)(f)** of this Coverage Extension.

**(4)** If personal property abruptly falls down or caves in and such collapse is not the

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

result of collapse of a building or structure, we will pay for "loss" to Covered Property caused by such collapse of personal property only if:

(a) The collapse was caused by a cause of loss listed in **(2)(a)** through **(2)(f)** of this Coverage Extension;

(b) The personal property that collapses is inside a building; and

(c) The property that collapses is not of a kind listed in **(3)** of this Coverage Extension, regardless of whether that kind of property is considered to be personal property or real property.

However, the coverage stated in **(4)** of this Coverage Extension does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinking or expanding.

(5) This Coverage Extension shall not increase the Limits of Insurance provided in this Coverage Part.

**d. Electronic Data**

(1) We will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss that applies to **SECTION A. COVERAGE, 1. Covered Property, d. Business Personal Property.** To the extent that "electronic data" is not replaced or restored, the "loss" will be valued at the cost of replacement of the media on which the "electronic data" was stored with blank media of substantially identical type.

(2) For this Coverage Extension only, Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, that is designed to damage or destroy any part of the system or disrupt its normal operation. However, there is no coverage for "loss" caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system or "electronic data".

(3) The most we will pay under this Coverage Extension is $2,500 for all "loss" sustained in the "coverage term", regardless of the number of occurrences of "loss" or the number of "premises" or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent "loss" sustained in the "coverage term". A balance remaining in a "coverage term" does not carry over to the next "coverage term". With respect to an occurrence which begins in the "coverage term" and continues or results in additional "loss" in a subsequent "coverage term", all "loss" is deemed to be sustained in the "coverage term" in which the occurrence began.

**e. Fairs or Exhibitions**

You may extend the insurance provided by this Coverage Part to apply to "loss" to your Covered Property, including covered property of others, while it is located at fairs or exhibitions. This Coverage Extension does not apply while Covered Property is in transit to or from the fair or exhibition.

The most we will pay for "loss" under this Coverage Extension is $10,000 in any one occurrence.

The Limit of Insurance provided under this Coverage Extension does not apply per location.

**f. Fences**

You may extend the insurance provided for Buildings to apply to "loss" to outdoor fences for which a Limit of Insurance is not shown in the Declarations that are located within 1,000 feet of the "premises". The most we will pay for "loss" under this Coverage Extension is $5,000 in any one occurrence.

**g. Fungi, Wet Rot, Dry Rot, and Bacteria - Limited Coverage**

(1) The coverage described in **g.(2)** and **g.(3)** only applies when the "fungi", wet or dry rot or bacteria is the result of a Covered Cause of Loss that occurs during the "coverage term" and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04

Page 20 of 35

CIC0026

**(2)** We will pay for "loss" by "fungi", wet or dry rot or bacteria. As used in this Coverage Extension, the term "loss" means:

**(a)** Direct physical "loss" to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

**(3)** The coverage described under **g.(2)** of this Coverage Extension is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all "loss" arising out of all occurrences that take place in the "coverage term". With respect to a particular occurrence of "loss" which results in "fungi", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a subsequent "coverage term".

**(4)** The coverage provided under this Coverage Extension does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in "loss" by "fungi", wet or dry rot or bacteria, and other "loss", we will not pay more, for the total of all "loss" than the applicable Limit of Insurance on the affected Covered Property.

If there is covered "loss" to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Coverage Extension, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the "loss". Any such increase in the "loss" will be subject to the terms of this Coverage Extension.

**(5)** The terms of this Coverage Extension do not increase or reduce the coverage provided under:

**(a)** SECTION A. COVERAGE, 5. Coverage Extensions, c. Collapse;

**(b)** SECTION A. COVERAGE, 5. Coverage Extensions, s. Water, Other Liquids, Powder or Molten Material Damage

**(6)** The following **(6)(a)** or **(6)(b)** apply only if Business Income, Rental Value, or Extra Expense Coverage applies to the "premises" and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income, Rental Value, or Extra Expense Coverage.

**(a)** If the "loss" which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to "loss" to property caused by "fungi", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of "loss" and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered "suspension" of "operations" was caused by "loss" other than "fungi", wet or dry rot or bacteria but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for "loss" and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**h. Glass**

**(1)** If a Covered Cause of Loss occurs to building glass that is Covered Property, we will also pay necessary expenses you incur to:

**(a)** Put up temporary plates or board up openings if repair or replacement of damaged glass is delayed;

**(b)** Repair or replace encasing frames;

**(c)** Remove or replace obstructions (except expenses to remove or replace window displays); and

**(d)** Repair or replace alarm tapes.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04

Page 21 of 35

CIC0027

**(2)** If you are a tenant at a covered "premises" and:

**(a)** The building you occupy is not Covered Property; and

**(b)** You are legally liable for physical "loss" to the building glass in that building;

we will pay up to $5,000 in any one occurrence for "loss" to that building glass, subject to the deductible as described in **SECTION C. DEDUCTIBLE.**

**(3)** For this Coverage Extension, **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions** does not apply to this Coverage Extension except as follows:

**(a)** Exclusion **(1)(b) Earth Movement;**

**(b)** Exclusion **(1)(c) Governmental Action;**

**(c)** Exclusion **(1)(d) Nuclear Hazard;**

**(d)** Exclusion **(1)(f) War and Military Action;**

**(e)** Exclusion **(2)(d)1** Wear and tear; and

**(f)** As listed in **Exclusion (2)(d)2**: Rust or other corrosion, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

**i.** <u>**Newly Acquired or Constructed Property**</u>

**(1) Buildings**

If this Coverage Part provides coverage under **SECTION A. COVERAGE, 1. Covered Property, a. Building,** you may extend that insurance to apply to "loss" to:

**(a)** Your new buildings while being built on the "premises";

**(b)** Buildings you newly acquire currently at the "premises"; and

**(c)** Buildings you acquire at locations, other than the "premises", intended for:

**1)** Similar use as the building described in the Declarations; or

**2)** Use as a warehouse.

The most we will pay for "loss" to a building under this Coverage Extension is $1,000,000 for each building.

**(2) Business Personal Property**

**(a)** If this policy provides coverage under **SECTION A. COVERAGE, 1. Covered Property, d. Business Personal Property,** you may extend that insurance to apply to "loss" to:

**1)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**2)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at a "premises"; or

**3)** Business personal property that you newly acquire provided it was already located at the "premises" at the time of acquisition.

**(b)** This Extension does not apply to:

**1)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**2)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

The most we will pay for "loss" to your Business Personal Property under this Coverage Extension is $500,000 at each building.

**(3)** Insurance under this Coverage Extension will end when any of the following first occurs:

**(a)** This policy expires.

**(b)** 90 days pass from the date you acquire your new building or business personal property or begin construction on that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04     Page 22 of 35

CIC0028

We will charge you additional premium for values reported from the date construction begins on that part of the building that would qualify as Covered Property, or you acquire the new property.

**j.** **Non-Owned Building Damage**

If you are a tenant, you may extend the insurance provided by this Coverage Part for Business Personal Property to "loss" that occurs to the building at a "premises" you occupy but do not own. Such "loss" must be caused by theft or attempted theft.

This Coverage Extension applies only if your lease makes you legally responsible for that part of the building sustaining "loss".

This Coverage Extension does not apply to:

**(1)** Glass, including lettering and ornamentation, and also necessary:

  **(a)** Repair or replacement of encasing frames or alarm tapes; and

  **(b)** Expenses incurred to board up openings or remove or replace obstruction.

**(2)** Building materials and equipment removed from the "premises".

The most we will pay for "loss" under this Coverage Extension is $25,000 in any one occurrence.

**k.** **Outdoor Property**

You may extend the insurance provided by this Coverage Part to apply to "loss" to your:

**(1)** Radio antennas, television antennas or satellite dishes (including their lead-in wiring, masts and towers);

**(2)** Trees, shrubs or plants (other than "stock" of trees, shrubs or plants); and

**(3)** If you are a tenant, to your awnings that are attached to a building you occupy;

including debris removal expense, but only if caused by or resulting from any of the following causes of loss if they are included as Covered Causes of Loss under this Coverage Part:

  **(a)** Fire;

  **(b)** Lightning;

  **(c)** Explosion;

  **(d)** Riot or Civil Commotion;

  **(e)** Aircraft; or

  **(f)** Falling objects.

The most we will pay for "loss" under this Coverage Extension is $5,000 in any one occurrence, but not more than $1,000 for any one tree, shrub or plant.

**l.** **Personal Effects**

You may extend the insurance that applies to your Business Personal Property to apply to "loss" to:

Personal effects owned by:

**(1)** You, your officers, or your partners, or if you are a limited liability company, your members or your managers; or

**(2)** Your employees (including temporary and leased employees), including tools owned by your employees that are used in your business. However, employee tools are not covered for theft.

This Coverage Extension does not apply to "money" or "securities".

If theft is included as a Covered Cause of Loss under this Coverage Part, then this Coverage Extension has a $500 per occurrence limitation for "loss" by theft.

The most we will pay for "loss" under this Coverage Extension is $10,000 in any one occurrence.

**m.** **Property Off Premises**

**(1)** You may extend the insurance provided by this Coverage Part to apply to "loss" to your Covered Property, including personal property of others as described in **SECTION A. COVERAGE, 1. Covered Property, d. Business Personal Property**, while it is away from the "premises", if it is:

  **(a)** Temporarily at a location you do not own, lease, or operate; or

  **(b)** In storage at a location you lease, provided the lease was executed for the first time after the beginning of the current "coverage term".

**(2)** This Coverage Extension does not apply to Covered Property at exhibitions or fairs or in transit.

The most we will pay for "loss" under this Coverage Extension is $10,000 in any one occurrence.

The Limit of Insurance provided by this Coverage Extension does not apply per location.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**

**Page 23 of 35**

CIC0029

**n.** **Signs**

You may extend the insurance provided by this Coverage Part, including debris removal expense, to apply to "loss" to signs not otherwise insured by this Coverage Part.

The most we will pay for "loss" under this Coverage Extension is $5,000 in any one occurrence.

The Limit of Insurance provided by this Coverage Extension does not apply per location.

**o.** **Trailers (Non-Owned Detached)**

(1) You may extend the insurance that applies to your Business Personal Property to apply to "loss" to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is temporarily in your care, custody or control at the "premises"; and

(c) You have a contractual responsibility to pay for "loss" to the trailer.

(2) We will not pay for any "loss" that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) This insurance is excess over the amount due, whether you can collect on it or not, from any other insurance covering such property.

(4) This Coverage Extension does not apply to any property inside or on the trailer.

The most we will pay for "loss" under this Coverage Extension is $5,000 in any one occurrence.

**p.** **Transportation**

You may extend the insurance provided by this Coverage Part to apply to "loss" to your Covered Property, including personal property of others as described in **SECTION A. COVERAGE, 1. Covered Property, d.**

**Business Personal Property**, while it is in or on a vehicle, including loading and unloading of the property.

The most we will pay for "loss" under this Coverage Extension is $10,000 in any one occurrence.

The Limit of Insurance provided by this Coverage Extension does not apply per location.

**q.** **Utility Services**

You may extend the insurance provided under this Coverage Part, including the insurance provided in **SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense**, to apply to "loss" caused by the partial or complete suspension of the utility services listed below. The partial or complete suspension of services must be caused by direct damage to those services from a Covered Cause of Loss.

(1) Power Supply Services, meaning the following types of property supplying electricity, steam or natural gas to the "premises":

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines, excluding overhead transmission and distribution lines.

(2) Water Supply Services, meaning the following types of property supplying water to the "premises":

(a) Pumping stations; and

(b) Water mains.

(3) Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave, or television services to the "premises", such as:

(a) Communication transmission lines including fiber optic transmission lines, excluding overhead transmission and distribution lines;

(b) Coaxial cables; and

(c) Microwave radio relays, excluding satellites.

(4) This Coverage Extension does not apply to "loss" to "electronic data", in-

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0030

cluding destruction or corruption of "electronic data".

The most we will pay for "loss" under this Coverage Extension is $25,000 in any one occurrence.

**r.  Valuable Papers and Records**

**SECTION C. DEDUCTIBLE** does not apply to this Coverage Extension.

**(1)**  Subject to Paragraph **(3)** of this Coverage Extension, we will pay necessary costs you incur to research, replace or restore lost or damaged information on "valuable papers and records" that are your property or the property of others in your care, custody or control; resulting from "loss" caused by a Covered Cause of Loss.

**(2)**  Coverage does not apply to:

**(a)**  Property that cannot be replaced with other property of like kind and quality;

**(b)**  Property held as samples or for delivery after sale;

**(c)**  Property in storage away from the "premises", except as provided in **(4)(b)** of this Coverage Extension;

**(d)**  Contraband, or property in the course of illegal transportation or trade;

**(e)**  "Valuable papers and records" in the form of "electronic data", including the materials on which the "electronic data" is recorded.

**(3)**  The most we will pay for "loss" is the least of the following amounts:

**(a)**  The cost of reasonably restoring the damaged property to its condition immediately before the "loss";

**(b)**  The cost of replacing the damaged property with substantially identical property; or

**(c)**  The actual cash value of the damaged property at the time of "loss".

However, we will not pay for "loss" unless or until the damaged property is actually replaced or restored; and then only if such replacement or restoration occurs within 36 months from the date of "loss".

**(4)**  We will extend coverage to include:

**(a)  Removal**

If you give us written notice within 30 days of removal of your "valuable papers and records" because of imminent danger of "loss" from a Covered Cause of Loss, we will pay for "loss" while they are:

**1)**  At a safe place away from your "premises"; or

**2)**  Being taken to and returned from that place.

This Removal coverage is included within the Limits of Insurance applicable to this Coverage Extension.

**(b)  Away From Your Premises**

We will pay up to $5,000 in any one occurrence, regardless of the number of locations, for "loss" caused by a Covered Cause of Loss to "valuable papers and records" while they are away from your "premises".

This Away From Premises Limit is in addition to the Limit of Insurance applicable to this Coverage Extension.

**(5)  SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions** does not apply to this Coverage Extension except as follows:

**(a)  Exclusion (1)(c) Governmental Action;**

**(b)  Exclusion (1)(d) Nuclear Hazard; and**

**(c)  Exclusion (1)(f) War and Military Action.**

**(6)**  In addition to Paragraph **(5)** of this Coverage Extension, we will not pay for "loss" resulting from any of the following:

**(a)**  Dishonest or criminal acts by:

**1)**  You, your partners, employees, directors, trustees or authorized representatives;

**2)**  A manager or a member if you are a limited liability company;

**3)**  Anyone else with an interest in the records of accounts receivable, or their employees or authorized representatives; or

Includes copyrighted material of ISO Properties, Inc., with its permission.  Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04          Page 25 of 35

CIC0031

**4)** Anyone else entrusted with the records of accounts receivable for any purpose.

This Paragraph **(6)(a)** applies whether or not such persons are acting alone or in collusion with other persons or such act occurs during the hours of employment.

However, this Paragraph **(6)(a)** does not apply to dishonest acts of a carrier for hire or to acts of destruction by your employees. However, theft by employees is still not covered.

**(b)** Errors or omissions in processing or copying. However, we will pay for that portion of direct "loss" caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Part.

**(c)** Electrical or magnetic injury, disturbance or erasure of electronic recordings. But we will pay for "loss" caused by lightning.

**(d)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

The most we will pay for "loss" under this Coverage Extension is $25,000 in any one occurrence.

**s.** <u>**Water, Other Liquids, Powder or Molten Material Damage**</u>

**(1)** If a covered "loss" to which this insurance applies was caused by or resulted from water or other liquid, powder or molten material damage, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

**(2)** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(a)** Results in discharge of any substance from an automatic fire protection system; or

**(b)** Is directly caused by freezing.

However, this Paragraph **s.(2)** does not apply to Business Income coverage or to Extra Expense coverage.

## SECTION B. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations, except as amended in **SECTION A. COVERAGE:**

**1.** **3. Covered Causes of Loss, c. Limitations.**

**2.** **4. Additional Coverages,** and

**3.** **5. Coverage Extensions.**

## SECTION C. DEDUCTIBLE

Except as otherwise provided, in any one occurrence of "loss", we will first reduce the amount of "loss" if required by **SECTION E. ADDITIONAL CONDITIONS, 1. Coinsurance** or **F. OPTIONAL COVERAGES, 1. Agreed Value.** If the adjusted amount of "loss" is less than or equal to the Deductible, we will not pay for that "loss". If the adjusted amount of "loss" exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of "loss", and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves "loss" to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**1.** <u>**Deductible Examples**</u>

**Example No. 1:**

(This example assumes there is no coinsurance penalty as outlined in **SECTION E. ADDITIONAL CONDITIONS, 1. Coinsurance**).

| | |
|---|---|
| Deductible: | $250 |
| Limit of Insurance - Bldg. 1: | $60,000 |
| Limit of Insurance - Bldg. 2: | $80,000 |
| "Loss" to Bldg. 1: | $60,100 |
| "Loss" to Bldg. 2: | $90,000 |

The amount of "loss" to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of "loss" in calculating the "loss" payable for Bldg. 1:

$60,100 - $250 = $59,850 "Loss" Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of "loss" payable for Bldg. 2. "Loss" payable for Bldg. 2 is the Limit of Insurance of $80,000.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0032

Total amount of "loss" payable: $59,850 + 80,000 = $139,850.

**Example No. 2:**

(This example also assumes there is no coinsurance penalty).

The Deductible and Limits of Insurance are the same as those in Example No. 1:

"Loss" to Bldg. 1:        $70,000

(Exceeds Limit of Insurance plus Deductible)

"Loss" to Bldg. 2:        $90,000

(Exceeds Limit of Insurance plus Deductible)

"Loss" Payable - Bldg. 1:        $60,000

                                 (Limit of Insurance)

"Loss" Payable - Bldg. 2:        $80,000

                                 (Limit of Insurance)

Total amount of "loss" payable: $140,000.

## 2. Glass Deductible

When "loss" to Covered Property only involves building glass, the Deductible for that "loss" will be the lesser of:

**a.** $500; or

**b.** The Deductible shown in the Declarations-for that Covered Property.

## SECTION D. LOSS CONDITIONS

The following conditions apply in addition to the **COMMON POLICY CONDITIONS** and the **COMMERCIAL PROPERTY CONDITIONS.**

## 1. Abandonment

There can be no abandonment of any property to us.

## 2. Appraisal

If we and you disagree on the value of the property, the amount of Net Income and operating expense, or the amount of "loss", either may make written demand for an appraisal of the "loss". In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the amount of Net Income and operating expense, and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we still retain our right to deny the claim.

## 3. Duties In The Event of Loss or Damage

**a.** In the event of "loss" to Covered Property, you must see that the following are done in order for coverage to apply:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the "loss". Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the "loss" occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase your limit of insurance. However, in no event will we pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of "loss" claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the "loss" and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis and permit us to make copies from your books and records.

**(7)** Submit a signed sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

**FM 101 04 04**        **Page 27 of 35**

CIC0033

**(9)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## 4. Loss Payment

**a.** In the event of "loss" insured by this Coverage Part, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of **SECTION D. LOSS CONDITIONS, 7. Valuation** or any applicable provision that amends or supercedes this valuation condition.

**b.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as provided in **SECTION A. COVERAGE, 4. Additional Coverages, g. Ordinance or Law.**

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust "losses" with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** Our payment for "loss" to personal property of others and personal effects will only be for the account of the owner of the property.

**g.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**h.** We will pay for insured "loss" within 30 days after we receive the sworn proof of loss if you have complied with all of the terms of this Coverage Part; and

**(1)** We have reached agreement with you on the amount of "loss"; or

**(2)** An appraisal award has been made.

**i.** Loss Payment - Ordinance or Law.

With respect to **SECTION A. COVERAGE, 4. Additional Coverages, g. Ordinance or Law:**

**(1)** "Loss" to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:

**(a)** If the Replacement Cost option is indicated in the Declarations and the property is repaired or replaced, on the same "premises" or another premises; we will not pay more than the amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same "premises" and to the same height, floor area, style and comparable quality of the original property insured; or

**(b)** If the Replacement Cost option is shown in the Declarations and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the actual cash value of the building at the time of "loss".

**(2)** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the "premises".

**(3)** With respect to the Increased Cost of Construction:

**(a)** We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same "premises" or another premises; and unless the repairs or replacement are made as soon as reasonably possible after the "loss", not to exceed two years.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04                                                                          Page 28 of 35

CIC0034

**(b)** If the building is repaired or replaced at the same "premises", or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same "premises".

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**j.** Loss Determination - Business Income and Extra Expense

With respect to **SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense,**

**(1)** The amount of "Business Income" and "Rental Value" "loss" will be determined based on:

**(a)** The Net Income of the business before the direct physical "loss" occurred;

**(b)** The likely Net Income of the business if no physical "loss" had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(c)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical "loss"; and

**(d)** Other relevant sources of information, including;

**1)** Your financial records and accounting procedures;

**2)** Bills, invoices and other vouchers; and

**3)** Deeds, liens or contracts.

**(2)** The amount of "Extra Expense" will be determined based on:

**(a)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical "loss"

had occurred. We will deduct from the total of such expenses:

**1)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**2)** Any "Extra Expense" that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(b)** Necessary expenses that reduce the "Business Income" and "Rental Value" "loss" that otherwise would have been incurred.

**(3)** **Resumption of Operations**

We will reduce the amount of your:

**(a)** "Business Income" and "Rental Value" "loss", other than "Extra Expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the "premises" or elsewhere.

**(b)** "Extra Expense" "loss" to the extent you can return "operations" to normal and discontinue such "Extra Expense".

**(4)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

## 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 6. Vacancy

### a. Description of Terms

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0035

**(a)** When this Coverage Part is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this Coverage Part is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

    **1)** Rented to a lessee or sub-lessee and used by them to conduct their customary operations; or

    **2)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where "loss" occurs has been vacant for more than 60 consecutive days before that "loss", we will:

**(1)** Not pay for any "loss" caused by any of the following, even if they are Covered Causes of Loss:

    **(a)** Vandalism;

    **(b)** Sprinkler leakage, unless you have protected the system against freezing;

    **(c)** Building glass breakage;

    **(d)** Water damage;

    **(e)** Theft; or

    **(f)** Attempted theft.

**(2)** Reduce the amount we would otherwise pay for the "loss" by 15% with respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** of this Loss Condition.

## 7. Valuation

We will determine the value of Covered Property in the event of "loss" as follows:

**a.** At "Actual Cash Value" as of the time of "loss", except as provided in **b., c., d.,** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies **SECTION E. ADDITIONAL CONDITIONS, 1. Coinsurance**, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**(1)** "Actual Cash Value" of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

    **(a)** Multiply the original cost by the number of days from the "loss" or damage to the expiration of the lease; and

    **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**(4)** For the purposes of valuation, tenants' improvements and betterments are not considered to be the personal property of others.

Includes copyrighted material of ISO Properties, Inc.,
with its permission. Includes copyrighted material with
permission of American Association of Insurance Services, Inc.

FM 101 04 04      Page 30 of 35

CIC0036

## SECTION E. ADDITIONAL CONDITIONS

The following conditions apply in addition to the **COMMON POLICY CONDITIONS** and the **COMMERCIAL PROPERTY CONDITIONS**.

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any "loss" if the value of Covered Property at the time of "loss" times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of "loss" by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in step **(1)**;

**(3)** Multiply to the total amount of "loss", before the application of any deductible, by the figure determined in step **(2)**; and

**(4)** Subtract the deductible from the figure determined in step **(3).**

We will pay the amount determined in step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the "loss" yourself.

**Example No. 1 (Underinsurance):**

| | |
|---|---|
| The value of the property is: | $250,000 |
| The coinsurance percentage is: | 80% |
| The Limit of Insurance is: | $100,000 |
| The Deductible is: | $250 |
| The amount of "loss" is: | $40,000 |

Step (1):

$250,000 X 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2):

$100,000 ÷ $200,000 = .50

Step (3):

$40,000 X .50 = $20,000

Step (4):

$20,000 - $250 = $19,750.

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| | |
|---|---|
| The value of the property is: | $250,000 |
| The coinsurance percentage is: | 80% |
| The Limit of Insurance is: | $200,000 |
| The Deductible is: | $250 |
| The amount of "loss" is: | $40,000 |

Step (1):

$250,000 X 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2):

$200,000 ÷ $200,000 = 1.00

Step (3):

$40,000 X 1.00 = $40,000

Step (4):

$40,000 - $250 = $39,750.

We will pay no more than $39,750 "loss" in excess of the Deductible. No penalty applies.

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

The values of the property are:

| | |
|---|---|
| Bldg. at Location No. 1: | $75,000 |
| Bldg. at Location No. 2: | $100,000 |
| Personal Property at Location No. 2: | $75,000 |
| | 250,000 |
| The coinsurance percentage is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is: | $180,000 |
| The Deductible is: | $1,000 |
| The amount of "loss" is: | |
| Bldg. at Location No. 2: | $30,000 |
| Personal Property at Location No. 2: | $20,000 |
| | $50,000 |

Step (1):

$250,000 X 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2):

$180,000 ÷ $225,000 = .80

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

Step (3):

$50,000 X .80 =   $40,000

Step (4):

$40,000 - $1,000 = $39,000.

We will pay no more than $39,000.  The remaining $11,000 is not covered.

## 2.  Mortgage Holders

**a.**  The term "mortgage holder" includes trustee.

**b.**  We will pay for covered "loss" to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.**  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.**  If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)**  Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)**  Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)**  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.**  If we pay the mortgage holder for any "loss" and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)**  The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)**  The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest.  In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.**  If we cancel this policy, we will give written notice to the mortgage holder at least:

**(1)**  10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)**  30 days before the effective date of cancellation if we cancel for any other reason.

**g.**  If we elect not to renew this policy, we will give written notice to the mortgage holder at least ten days before the expiration date of this policy.

## SECTION F. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

## 1.  Agreed Value

**a.**  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies.  We will pay no more for "loss" to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.**  If the Agreed Value Optional Coverage is deleted from the policy, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage does not apply.

**c.**  The terms of this Optional Coverage apply only to "loss" that occurs:

**(1)**  On or after the effective date of this Optional Coverage; and

**(2)**  Before the policy expiration date.

**d.**  This Agreed Value Optional Coverage does not apply to **SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense.**

## 2.  Inflation Guard

**a.**  The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.**  The amount of increase will be:

**(1)**  The Limit of Insurance that applied on the most recent of the Coverage Part inception date, the Coverage Part anniversary date, or any other Coverage Part change amending the Limit of Insurance, multiplied by

**(2)**  The percentage of annual increase shown in the Declarations, expressed

Includes copyrighted material of ISO Properties, Inc., with its permission.  Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04                                                                                    Page 32 of 35

CIC0038

as a decimal (example: 8% is .08), multiplied by

(3) The number of days since the beginning of the current "coverage term" or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

Example:

If: The applicable Limit of Insurance is: $100,000

The Annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is $100,000 X .08 X 146 ÷ 365 = $3,200

## 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces "Actual Cash Value" in **SECTION D. LOSS CONDITIONS, 7. Valuation** of this **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**.

b. This Optional Coverage does not apply to:

(1) Personal Property of others, except leased personal property as described in **SECTION A. COVERAGE, 1. Covered Property, d.(7).** The valuation of such leased personal property will be based on the amount for which you are liable under the lease, but not to exceed the replacement cost of the leased item.

(2) Personal effects;

(3) Contents of a residence;

(4) Manuscripts;

(5) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

(6) "Stock" unless the Replacement Cost including "Stock" option is shown in the Declarations; or

(7) Property, that at the time of "loss":

(a) Is outdated, or obsolete and is stored or not being used; or

(b) Has no practical value to you.

c. You may make a claim for "loss" covered by this insurance on an "Actual Cash Value"

basis instead of on a replacement cost basis. In the event you elect to have "loss" settled on an "Actual Cash Value" basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the "loss".

d. We will not pay on a replacement cost basis for any "loss":

(1) Until the lost or damaged property is actually repaired or replaced with other property of generally the same construction and used for the same purpose as the lost or damaged property; and

(2) Unless the repairs or replacement have been completed or at least underway within 2 years following the date of "loss".

e. We will not pay more for "loss" on a replacement cost basis than the least of:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same "premises", the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use, or repair of any building or structure except as provided in **SECTION A. COVERAGE, 4. Additional Coverages, g. Ordinance or Law.**

## SECTION G. DEFINITIONS

1. **"Actual Cash Value"** means replacement cost less a deduction that reflects depreciation, age, condition and obsolescence.

2. **"Business Income"** means the:

a. Net Income (net profit or loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

3. **"Computer programs"** means a set of related electronic instructions which direct the operations and functions of a computer or device

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04

Page 33 of 35

CIC0039

connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**4.** **"Coverage term"** means the following individual increment, or if a multi-year policy period, increments, of time, which comprise the policy period of this Coverage Part:

   **a.** The year commencing on the Effective Date of this Coverage Part at 12:01 A.M. standard time at your mailing address shown in the Declarations, and if a multi-year policy period, each consecutive annual period thereafter, or portion thereof if any period is for a period of less than 12 months, constitute individual "coverage terms". The last "coverage term" ends at 12:00 A.M. standard time at your mailing address shown in the Declarations on the earlier of:

      **(1)** The day the policy period shown in the Declarations ends; or

      **(2)** The day the policy to which this Coverage Part is attached is terminated or cancelled.

   **b.** However, if after the issuance of this Coverage Part, any "coverage term" is extended for an additional period of less than 12 months, that additional period of time will be deemed to be part of the last preceding "coverage term".

**5.** **"Electronic data"** means information, facts or "computer programs" stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.

**6.** **"Extra Expense"** means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical "loss" to property caused by or resulting from a Covered Cause of Loss.

**7.** **"Finished Stock"** means "stock" you have manufactured, except "stock" you have manufactured that is held for sale on the "premises" of any retail outlet insured under this Coverage Part.

**8.** **"Fungi"** means any type or form of fungus, and includes, but is not limited to, any form or type of mold, mushroom or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**9.** **"Loss"** means accidental loss or damage.

**10.** **"Money"** means:

   **a.** Currency, coins and bank notes whether or not in current use; and

   **b.** Travelers checks, registered checks and money orders held for sale to the public.

**11.** **"Operations"** means:

   **a.** Your business activities occurring at the "premises"; and

   **b.** The tenantability of the "premises", if coverage for "Business Income" including "Rental Value" or "Rental Value" applies.

**12.** **"Period of Restoration"** means the period of time that:

   **a.** Begins at the time of direct physical "loss".

   **b.** Ends on the earlier of:

      **(1)** The date when the property at the "premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      **(2)** The date when business is resumed at a new permanent location.

   **c.** "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      **(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

      **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

   **d.** The expiration date of the policy will not cut short the "period of restoration".

**13.** **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to substances which are generally recognized in industry or government to be harmful or toxic to persons, property, or the environment regardless of whether injury or damage is caused directly or indirectly by the "pollutants" and whether:

   **a.** You are regularly or otherwise engaged in activities which taint or degrade the environment; or

   **b.** You use, generate or produce the "pollutant".

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

CIC0040

14. **"Premises"** means the Location of Premises described in the Declarations.

15. **"Rental Value"** means "Business Income" that consists of :

    a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the "premises" described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the "premises" which is occupied by you; and

    b. Continuing normal operating expenses incurred in connection with that "premises", including:

       (1) Payroll; and

       (2) The amount of charges, which are the legal obligation of the tenant(s) but would otherwise be your obligations.

16. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps whether or not in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which are not of your own issue:

    but does not include "money". Lottery tickets held for sale are not "securities" or evidences of debt.

17. **"Sinkhole collapse"** means the sudden settlement or collapse of earth supporting the Covered Property into subterranean voids created by the action of water on a limestone or similar rock formation. This does not include:

    a. The cost of filling sinkholes;

    b. Sinking or collapse of land into man-made subterranean cavities; or

    c. The value of the land.

18. **"Specified Causes of Loss"** means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Falling objects does not include "loss" to:

       (1) Personal property in the open; or

       (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    b. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

19. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

20. **"Suspension"** means:

    a. The slowdown or cessation of your business activities; and

    b. That a part or all of the "premises" is rendered untenantable.

21. **"Valuable Papers and Records"** means inscribed, printed or written documents, manuscripts or records, including abstracts, books, card index systems, deeds, drawings, films, maps, mortgages, or proprietary information.

    But "valuable papers and records" does not mean "money" or "securities" or "electronic data", including the materials on which the "electronic data" is recorded.

Includes copyrighted material of ISO Properties, Inc., with its permission. Includes copyrighted material with permission of American Association of Insurance Services, Inc.

FM 101 04 04                                                                 Page 35 of 35

CIC0041

# CinciPlus®
## CinciPak™
# MEDICAL / DENTAL OFFICE
# PROPERTY XC+® (EXPANDED COVERAGE PLUS)
# ENDORSEMENT
## SUMMARY OF COVERAGE LIMITS

This is a summary of the Coverages and the Limits of Insurance provided by the CinciPlus® CinciPak™ Medical / Dental Office Property XC+® (Expanded Coverage Plus) Endorsement, **FCP 217**, in combination with the Commercial Property Coverage Form, **FM 101**, and Business Income (And Extra Expense) Coverage Form, **FA 213**, which are included in this policy. **No coverage is provided by this summary**. Refer to endorsement **FCP 217** and the Commercial Property Coverage Form, **FM 101**, or Business Income (And Extra Expense) Coverage Form, **FA 213** to determine the scope of your insurance protection.

| **Blanket Coverages:** | **Blanket Coverage Limit:** | Page No. FCP217 |
|---|---|---|
| | **$150,000** in total for all loss arising from all Blanket Coverages arising from a single occurrence, except as noted otherwise in the form. | |
| Accounts Receivable | | 1 |
| Debris Removal | | 5 |
| Electronic Data Processing Property (EDP): | | 1 |
|    Duplicate and Backup Electronic Data | | 2 |
|    Newly Acquired EDP | | 2 |
|    In Transit or Away From Premises | | 3 |
|    Worldwide Laptop Coverage | | 3 |
| Ordinance or Law (Increased Construction Costs and Demolition) | | 4 |
| Peak Season | | 5 |
| Personal Property of Others | | 5 |
| Tenant Move Back Expenses | | 4 |
| Valuable Papers and Records | | 4 |
| Water Backup from Sewers, Drains or Sump Pumps | | 9 |

| **Other Coverages** (not subject to Blanket Coverage Limit): | **Limit of Insurance:** | Page No. FCP217 |
|---|---|---|
| Brands and Labels | $25,000 | 7 |
| Business Income and Extra Expense: | | |
|    Interruption of Computer Operations | $25,000 (sub-limit, subject to a 24 hour deductible) | 1 |

CIC0042

| Other Coverages (not subject to Blanket Coverage Limit): | Limit of Insurance: | Page No. FCP217 |
|---|---|---|
| Inflation Guard | 4% on all Building Property referenced in the Declarations | 7 |
| Lessor's Leasehold Interest | Actual loss sustained up to $25,000 | 8 |
| Limitation - Personal Property Theft: | | 8 |
| Furs, fur garments and garments trimmed with fur | $2,500 | 8 |
| Jewelry, watches, watch movements, jewels, pearls and precious and semi-precious stones. | $5,000 (Limitation not applicable to watches and jewelry worth $500 or less per item.) | 8 |
| Bullion, gold, silver, platinum and other precious alloys or metals | $25,000 | 8 |
| Patterns, dies, molds and forms | $2,500 | 8 |
| Non-Owned Building Damage: | | 7 |
| Loss caused by theft, burglary or robbery | Up to the Business Personal Property (BPP) Limit of Insurance | 7 |
| Loss by any other Covered Cause of Loss | $25,000 or the BPP Limit of Insurance (whichever is less) | 7 |
| Ordinance or Law (other than Increased Construction Costs and Demolition) | Subject to the Building Limit of Insurance | 4 |
| Ordinance or Law - Increased Period of Restoration | $50,000 | 9 |
| Outdoor Property | $25,000 ($1,000 for any one tree, shrub or plant) | 4 |
| Temperature Change | $50,000 | 5 |
| Unauthorized Business Card Use | $5,000 | 8 |

**FCP 405 01 11**

**Page 2 of 2**

CIC0043

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CinciPak™

# COMMERCIAL PROPERTY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

**I.** **SECTION A. COVERAGE**, Paragraph **2. Property Not Covered** is amended as follows:

Subparagraphs **f.**, **g.**, **i.**, **j.**, **k.**, **m.** and **n.** are deleted in their entirety.

**II.** **SECTION A. COVERAGE**, Paragraph **3. Covered Causes of Loss**, **b. Exclusions**, **(4) Special Exclusions** is amended as follows:

Special Exclusions **(b)** and **(c)** are deleted in their entirety.

**III.** **SECTION A. COVERAGE**, Paragraph **3. Covered Causes of Loss**, **c. Limitations** is amended as follows:

**A.** Subparagraph **(1) Limitations - Various Types of Property** is amended as follows:

**1.** Limitation **(c) Building Interiors** is deleted in its entirety and replaced by the following:

**(c) Building Interiors**

The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**2)** The "loss" is caused by or results from thawing of snow, sleet or ice on the building or structure.

**2.** Limitation **(d) Building Materials - Theft** is deleted in its entirety.

**B.** Subparagraph **(3) Limitation - Personal Property Theft**, item **(d)** is deleted in its entirety.

**IV.** **SECTION A. COVERAGE**, Paragraph **4. Additional Coverages** is amended as follows:

**A.** The following **Additional Coverages** are amended as follows:

**1.** The Limit of Insurance referenced in subparagraph **(4)** of **b. Debris Removal** is amended to $25,000.

**2.** The Limit of Insurance referenced in **c. Fire Department Service Charge** is amended to $25,000.

**3.** **Fire Protection Equipment Recharge - Actual Expenses Incurred**

For this endorsement only, the last paragraph in **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages, d. Fire Protection Equipment Recharge** is deleted in its entirety and replaced by the following:

This Coverage is in addition to the Limits of Insurance shown in the Declarations.

**4.** **g. Ordinance or Law** is amended as follows:

**a.** The Limit of Insurance referenced in Paragraph **(5)** is amended to $25,000; and

**b.** Paragraph **(1)** we will pay:, is amended to include the following:

**(e)** The increased cost to repair, rebuild or reconstruct tenant's improvements and betterments, as described in **SECTION A. COVERAGE; 1. Covered Property, d. Business Personal Property,** subparagraph **(6)**, caused by enforcement of building, zoning or land use ordinance or law.

**5.** The Limit of Insurance referenced in **h. Pollutant Clean Up and Removal** is amended to $25,000.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CIC0044

6. The number of days referenced in subparagraph **(2)** of **i. Preservation of Property** is amended to 90.

**B.** The following **Additional Coverages** are added:

1. **Peak Season Limit Increase**

   a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

      (1) The 12 months immediately preceding the date the "loss" occurs; or

      (2) The period of time you have been in business as of the date the "loss" occurs.

2. **Leasehold Improvements**

   If your lease is cancelled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant, and you cannot legally remove Tenant Improvements and Betterments, as described in **SECTION A. COVERAGE; 1. Covered Property, d. Business Personal Property,** subparagraph **(6)**, we will extend Business Personal Property coverage to apply to the unamortized value of Tenant Improvement and Betterment that remain and that you were forced to abandon.

   The most we will pay in any one occurrence for "loss" under this Additional Coverage is $25,000.

3. **Lease Assessment**

   Your Business Personal Property is extended to apply to your share of any assessment charged to all tenants by the building owner as a result of direct physical damage caused by or resulting from a Covered Cause of Loss to building property you occupy as agreed to in your written lease agreement.

   We will pay no more than $2,500 in any one occurrence for this Additional Coverage.

4. **Temporary Relocation of Property**

   (1) If Covered Property is removed from the "premises" and stored temporarily at a location you own, lease or operate while the "premises" is being renovated or remodeled, we will pay for direct physical "loss" of that stored property:

      (a) Caused by or resulting from a Covered Cause of Loss;

      (b) Up to $50,000 at each temporary location in any one occurrence; and

      (c) During the storage period of up to 90 consecutive days but not beyond the expiration of this policy.

   (2) This Additional Coverage does not apply if the stored property is more specifically insured.

**V. SECTION A. COVERAGE**, Paragraph **5. Coverage Extensions** is amended as follows:

**A.** The following **Coverage Extensions** are amended as follows:

1. Coverage Extension **a. Accounts Receivable** is amended as follows:

   a. The Limit of Insurance referenced in subparagraph **(3)(b)** Away From Your Premises is amended to $25,000; and

   b. The last Paragraph is deleted in its entirety and replaced by the following:

      The most we will pay for "loss" under this Coverage Extension is $50,000 in any one occurrence.

2. Coverage Extension **b. Business Income and Extra Expense** is amended to include the following:

   (9) Business Income From Dependent Properties

      (a) We will pay for the actual loss of "Business Income" you sustain due to physical "loss" at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

         However, this Coverage Extension does not apply when the only "loss" to dependent property is "loss" to

CIC0045

"electronic data", including destruction or corruption of "electronic data". If the dependent property sustains "loss" to "electronic data" and other property, coverage under this Coverage Extension will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Coverage Extension in any one occurrence is $10,000 for each dependent property location. This $10,000 of coverage for Business Income From Dependent Properties does not increase the Limit of Insurance provided in this Coverage Extension.

**(b)** We will reduce the amount of your "Business Income" loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**1)** Source of materials; or

**2)** Outlet for your products.

**(c)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(d)** Dependent property means property owned by others whom you depend on to:

**1)** Deliver materials or services to you, or to others for your account. But, services does not mean water, communication or power supply services;

**2)** Accept your products or services;

**3)** Manufacture your products for delivery to your customers under contract for sale; or

**4)** Attract customers to your business.

The dependent property must be located in the coverage territory of this Coverage Part.

**(e)** The coverage period for "Business Income" under this Coverage Extension:

**1)** Begins twenty-four (24) hours after the time of direct physical "loss" caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

**2)** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(f)** The "Business Income" coverage period, as stated in Paragraph **(e)**, does not include any increased period required due to the enforcement of any ordinance or law that:

**1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the "Business Income" coverage period.

**3.** The Limit of Insurance referenced in **f. Fences** is amended to $10,000.

**4.** The Limit of Insurance referenced in **h. Glass** subparagraph **(2)** is amended to $25,000.

**5.** In Coverage Extension, **i. Newly Acquired or Constructed Property**, Paragraph **(3)(b)**, the number 90 is deleted and replaced by the number 180.

FCP 201 01 11

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 3 of 6

CIC0046

6. The last paragraph of **j. Non-Owned Building Damage** is deleted in its entirety and replaced by the following:

The most we will pay for "loss" under this Coverage Extension in any one occurrence is your Business Personal Property Limit of Insurance for the "premises" where the "loss" occurs.

7. Coverage Extension **k. Outdoor Property** is deleted in its entirety and replaced by the following:

**k. Outdoor Property**

You may extend the insurance provided by this Coverage Part to apply to "loss" to your:

(1) Radio antennas, television antennas or satellite dishes (including their lead-in wiring, masts and towers); and

(2) Trees, shrubs or plants (other than "stock" of trees, shrubs or plants);

including debris removal expense, but only if caused by or resulting from any of the following causes of loss if they are included as Covered Causes of Loss under this Coverage Part:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotion;

(e) Aircraft;

(f) Falling objects;

(g) Theft; or

(h) Vehicle; and

(3) Awnings that are attached to a building that you occupy as a tenant, including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

The most we will pay for "loss" under this Coverage Extension is $10,000 in any one occurrence, but not more than $1,000 for any one tree, shrub or plant.

8. SECTION A, COVERAGE 5. Coverage Extensions **I. Personal Effects** is deleted in its entirety and replaced by the following:

**I. Personal Effects**

You may extend the insurance that applies to your Business Personal Property to apply to "loss" to:

Personal effects owned by:

(1) You, your officers, or your partners, or if you are a limited liability company, your members or your managers; or

(2) Your employees (including temporary and leased employees), including tools owned by your employees that are used in your business.

This Coverage Extension does not apply to "money" or "securities".

The most we will pay for "loss" under this Coverage Extension is $25,000 in any one occurrence.

9. The Limit of Insurance referenced in **n. Signs** is amended to $10,000.

10. The Limit of Insurance referenced in **r. Valuable Papers and Records** subparagraph **(4)(b)** Away From Your Premises is amended to $25,000.

B. The following **Coverage Extensions** are added:

1. **Appurtenant Buildings and Structures**

   a. When a Limit of Insurance is shown in the Declarations for Building at the "premises", you may extend that insurance to apply to direct physical "loss" of incidental appurtenant buildings or structures, within 1,000 feet of that "premises", caused by or resulting from a Covered Cause of Loss.

   b. When a Limit of Insurance is shown in the Declarations for Business Personal Property at the "premises", you may extend that insurance to apply to direct physical "loss" of Business Per-

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

sonal Property within incidental appurtenant buildings or structures within 1,000 feet of that "premises", caused by or resulting from a Covered Cause of Loss.

**c.** Incidental appurtenant buildings or structures include:

**(1)** Storage buildings;

**(2)** Carports;

**(3)** Garages;

**(4)** Pump houses; or

**(5)** Above ground tanks;

which have not been specifically described in the Declarations.

**d.** The most we will pay for "loss" under this Coverage Extension in any one occurrence for any combination of "loss" to Building and Business Personal Property is $50,000, regardless of the number of "premises" involved.

**e.** Payments made under this Coverage Extension are in addition to the applicable Limits of Insurance.

**2. Fine Arts**

**a.** You may extend the insurance provided by this Coverage Part to apply to paintings, etchings, pictures, tapestries, art glass windows, and other bona fide works of art of rarity, historical value, or artistic merit. The "loss" must be caused by or result from a Covered Cause of Loss.

**b.** For this Coverage Extension, the following exclusions in **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions** are deleted:

**(1)** Exclusion **(1)(b) Earth Movement**; and

**(2)** Exclusion **(1)(g) Water**.

**c.** For this Coverage Extension, **SECTION D. LOSS CONDITIONS, 7. Valuation** is deleted in its entirety and replaced by the following:

We will determine the value of Covered Property in the event of "loss" at the market value at the time of "loss".

**d.** The most we will pay for "loss" under this Coverage Extension is $25,000 in any one occurrence.

**3. Ordinance or Law - Increased Period of Restoration**

**a.** When:

**(1)** A Covered Cause of Loss occurs to property at the "premises"; and

**(2)** The Declarations show that you have coverage for Business Income and Extra Expense;

you may extend that insurance to apply to the amount of actual loss of Business Income you sustain and reasonable and necessary Extra Expense you incur during the increased period of "suspension" of "operations" caused by or resulting from the enforcement of any ordinance or law that:

**(1)** Regulates the construction, repair or replacement of any property;

**(2)** Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

**(3)** Is in force at the time of "loss".

**b.** This Coverage Extension applies only to the period that would be required, with reasonable speed, to reconstruct, repair or replace the property to comply with the minimum requirements of the ordinance or law.

**c.** This Coverage Extension does not apply to:

**(1)** Loss due to an ordinance or law that:

**(a)** You were required to comply with before the "loss", even if the property was undamaged; and

**(b)** You failed to comply with; or

**(2)** Costs associated with the enforcement of any ordi-

CIC0048

nance or law that requires any insured or others to test for, monitor, clean up, re-move, contain, treat, detox-ify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**d.** The most we will pay for "loss" under this Coverage Extension

in any one occurrence is $25,000 at each "premises".

**e.** Payments made under this Cov-erage Extension are in addition to the applicable Limits of Insur-ance.

**FCP 201 01 11**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Page 6 of 6**

CIC0049

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CinciPak™
# MEDICAL OR DENTAL OFFICE POLLUTANT CLEAN-UP COVERED PROPERTY EXTENSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

For this endorsement only, **SECTION A - COVERAGES, COVERAGE 4. Additional Coverages, h. Pollutant Clean Up and Removal,** is deleted in its entirety and replaced with the following:

We will pay your expenses to extract "pollutants" from Covered Property and land or water at the "premises" if the discharge, dispersal, seepage, migration, release, escape or emission of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the "coverage term". The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each "premises" is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss during each "coverage term". This is in addition to the Limits of Insurance shown in the Declarations.

**FCP 238 09 15**

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0050

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CinciPak™

# MEDICAL OR DENTAL OFFICE ACTUAL LOSS SUSTAINED BUSINESS INCOME ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

**A.** This endorsement applies to the following Coverage Forms:

**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**

**BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM**

**B.** For the purposes of this endorsement only, **SECTION A. COVERAGE, Additional Coverages, Extended Business Income, (1), (b), (ii)** is deleted in its entirety and replaced by the following, and **(iii)** is added:

**(ii)** 12 consecutive months after the date determined in **(1)(a)** above; or

**(iii)** 12 consecutive months after the date of direct physical "loss".

**C.** For the purposes of this endorsement only, **SECTION A. COVERAGE, Additional Coverages, Extended Business Income, (2), (b), (ii)** is deleted in its entirety and replaced by the following, and **(iii)** is added:

**(ii)** 12 consecutive months after the date determined in **(2)(a)** above; or

**(iii)** 12 consecutive months after the date of direct physical "loss".

**D.** For the purposes of this endorsement only, **SECTION F. DEFINITIONS, 7., b.** is deleted in its entirety and replaced by the following:

**b.** Ends on the earlier of:

**(1)** The date when the property at the "premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality;

**(2)** The date when business is resumed at a new permanent location; or

**(3)** 12 consecutive months after the date of direct physical "loss".

**E.** When 12 months ALS (an acronym of Actual Loss Sustained) is shown in the Declarations as the Limit of Insurance for Business Income for a specific item, **SECTION B. LIMITS OF INSURANCE** is deleted in its entirety for that item.

**F.** If the policy to which this endorsement is attached has been issued for a period of more than one year, then this business income coverage is subject to annual rerating.

**FCP 206 01 11**

CIC0051

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CinciPak™

# MEDICAL OR DENTAL OFFICE COMMERCIAL PROPERTY COVERAGE ENHANCEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

I. **SECTION A. COVERAGE**, Paragraph **3. Covered Causes of Loss**, **b. Exclusions**, is amended as follows:

Exclusions **(1)(b) Earth Movement** and **(1) (g) Water** do not apply to:

A. Covered Business Personal Property; or

B. **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense**.

II. **SECTION A. COVERAGE**, Paragraph **5. Coverage Extensions** is amended as follows:

A. The following **Coverage Extensions** are amended as follows:

1. **a. Accounts Receivable** is amended as follows:

   a. The Limit of Insurance referenced in subparagragh **(3)(b) Away From Your Premises** is amended to $25,000.

   b. The last Paragraph is deleted in its entirety and replaced by the following:

   The most we will pay for "loss" under this Coverage Extension is $100,000 in any one occurrence.

   This amendment of the Accounts Receivable Coverage Extension replaces, and is not in addition to, the amendment of the Accounts Receivable Coverage Extension in CinciPak™ Commercial Property Amendatory Endorsement.

2. The Limit of Insurance referenced in **e. Fairs or Exhibitions** is amended to $25,000.

3. **SECTION A, COVERAGE**, **5. Coverage Extensions, I. Personal Effects** is deleted in its entirety and replaced by the following:

   I. **Personal Effects**

   You may extend the insurance that applies to your Business Personal Property to apply to "loss" to:

   Personal effects owned by:

   (1) You, your officers, or your partners, or if you are a limited liability company, your members or your managers; or

   (2) Your employees (including temporary and leased employees), including tools owned by your employees that are used in your business.

   This Coverage Extension does not apply to "money" or "securities".

   This amendment of the Personal Effects Coverage Extension replaces, and is not in addition to, the amendment of the Personal Effects Coverage Extension in the CinciPak™ Commercial Property Amendatory Endorsement.

4. The Limit of Insurance referenced in **m.**, **Property Off Premises** is amended to $25,000.

5. The Limit of Insurance referenced in **p.. Transportation** is amended to $25,000.

6. **q. Utility Services** is deleted in its entirety and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc. with their permission.

CIC0052

**q. Utility Services**

You may extend the insurance provided under this Coverage Part to apply to "loss" caused by the partial or complete suspension of the utility services listed below. The partial or complete suspension of services must be caused by direct damage to those services from a Covered Cause of Loss.

**(1)** Power Supply Services, meaning the following types of property supplying electricity, steam or natural gas to the "premises":

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines, excluding overhead transmission and distribution lines.

**(2)** Water Supply Services, meaning the following types of property supplying water to the "premises":

**(a)** Pumping stations; and

**(b)** Water mains.

**(3)** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave, or television services to the "premises", such as:

**(a)** Communication transmission lines including fiber optic transmission lines, excluding overhead transmission and distribution lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays, excluding satellites.

**(4)** This Coverage Extension does not apply to "loss" to "electronic data", including destruction or corruption of "electronic data".

**7. r. Valuable Papers and Records** is amended as follows:

**a.** The following is added to Paragraph **(2)**:

**(f)** Two year old x-rays, and x-rays in excess of two years of age.

**b.** The Limit of Insurance referenced in subparagraph **(4)(b)** Away From Your Premises is amended to $25,000.

**c.** The last Paragraph is deleted in its entirety and replaced by the following:

The most we will pay for "loss" under this Coverage Extension is $100,000 in any one occurrence.

This amendment of the Valuable Papers and Records Coverage Extension replaces, and is not in addition to, the amendment of the Valuable Papers and Records Coverage Extension in the CinciPak™ Commercial Property Amendatory Endorsement.

**B.** The following **Coverage Extensions** are added:

**1. Tenant's Glass**

**a.** It is agreed and understood that Paragraph **(2)** of Coverage Extension **h. Glass** is deleted in its entirety and replaced by the following.

**b.** If you are a tenant at a covered "premises" and:

**(1)** The building you occupy is not Covered Property; and

**(2)** You are legally liable for physical "loss" to the building glass in that building;

we will pay for direct physical "loss" to that building glass, including lettering and ornamentation.

**c.** If a Covered Cause of Loss occurs to building glass, as provided for under this Coverage Extension, we will also pay necessary expenses you incur to:

**(1)** Put up temporary plates or board up openings if repair or replacement of damaged glass is delayed;

Includes copyrighted material of Insurance Services Office, Inc. with their permission.

CIC0053

**(2)** Repair or replace encasing frames;

**(3)** Remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include expenses to remove or replace window displays; and

**(4)** Repair or replace alarm tapes.

**d.** **SECTION A. COVERAGE, 3.b. Exclusions** does not apply to this Coverage Extension, except for:

**(1)** Exclusion **(1)(b) Earth Movement**;

**(2)** Exclusion **(1)(c) Governmental Action**;

**(3)** Exclusion **(1)(d) Nuclear Hazard**;

**(4)** Exclusion **(1)(f) War and Military Action**;

**(5)** Exclusion **(2)(d)1** Wear and tear; and

**(6)** As listed in Exclusion **(2)(d)2)**:

Rust or other corrosion, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

**2.** **Water Backup from Sewers, Drains or Sump Pumps**

You may extend the insurance provided by this Coverage Part to apply to "loss" caused by or resulting from water or waterborne material that backs up through or overflows or is discharged from a sewer, drain, septic system, sump pump or related equipment.

**a.** For this Coverage Extension, **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions, (1)(g) Water, 3)** is deleted in its entirety and replaced by the following:

**3)** Water or waterborne material which backs up through or overflows or is discharged from a sewer, drain, septic system, sump pump or related equipment, except as provided in **SECTION A. COVERAGE, 5. Coverage Extensions, Water Backup from Sewers, Drains, or Sump Pumps.**

**b.** For this Coverage Extension, **SECTION C. DEDUCTIBLE** is amended by adding the following:

We will not pay for "loss" in any one occurrence caused by or resulting from water or waterborne material which backs up or overflows from a sewer, drain, septic system, sump pump or related equipment, until the amount of "loss" exceeds the Deductible shown in the Declarations, or $1,000, whichever is greater. We will then pay the amount of "loss" in excess of that deductible, up to the applicable limit indicated in Paragraph **c.** of this extension.

**c.** The most we will pay is $25,000 for any one occurrence.

CIC0054

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CinciPlus®
# CinciPak™
# MEDICAL / DENTAL OFFICE
# PROPERTY XC+® (EXPANDED COVERAGE PLUS)
# ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE PART**

**The insurance coverage and Limits of Insurance provided by this endorsement are excess of, and apply in addition to, any similar or identical coverage provided by any other endorsement attached to the above referenced Coverage Parts, or by any other Coverage Part forming a part of the policy of insurance of which the above referenced Coverage Parts form a component.**

SCHEDULE

| Blanket Coverage Limit | The Limit of Insurance stated in the Summary of Coverage Limits |
|---|---|
| Applicable only to those coverages subject to the Blanket Coverage Limit, as indicated in this endorsement | |

**A. Accounts Receivable**

In **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, a. Accounts Receivable**, the last paragraph is deleted in its entirety and replaced by the following:

The most we will pay in any one occurrence for "loss" under this Coverage Extension is the Blanket Coverage Limit as provided in Section **T.** of this endorsement.

**B. Business Income and Extra Expense**

**Interruption of Computer Operations**

In **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense**, is modified as follows for this endorsement only:

**1.** All references to $2,500 in Paragraph **b.(8)(c)** are deleted and replaced with the Limit of Insurance stated in the Summary of Coverage Limits.

**2. BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended as follows:

With respect to a "suspension" of "operations" caused only by an interruption in computer operations due to the destruction or corruption of "electronic data" as described in **SECTION A. COVERAGE, 5. Coverage Extensions, d. Electronic Data**, Paragraph **a.** of Definition **12. "Period of Restoration"** is deleted and replaced by the following:

**a.** Begins 24 hours after the time of direct physical "loss".

**C. Electronic Data Processing Property**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended by adding the following:

**Electronic Data Processing Property**

**(1) Covered Property**

You may extend the Coverage provided by this Coverage Part to apply to "loss" to Covered Property consisting of your:

**(a)** Data processing equipment;

**(b)** Air conditioning and other electrical equipment, used exclusively with your data processing equipment;

Includes copyrighted material of ISO
Properties, Inc., with its permission.

CIC0055

(c) Programming documentation and instruction manuals;

(d) "Electronic data", but only as excess over what is valid and collectible under **SECTION A. COVERAGE, 5. Coverage Extensions, d. Electronic Data**;

(e) Media, meaning materials on which "electronic data" is recorded, such as magnetic tapes, disc packs, paper tapes and cards, floppy discs and compact discs used in processing units; and

(f) Property of others in your care, custody or control that is similar to property described in **(1)(a)** through **(e)** above.

**(2) Property Not Covered**

This Coverage Extension does not apply to:

(a) Accounts, records, documents and other "valuable papers and records" unless they are programming documentation or instruction manuals.

However, we will cover these items once they are converted to "electronic data" form.

(b) "Electronic data" or media that cannot be replaced with similar property of equal quality.

(c) Your property that you have rented or leased to someone else and that property is not at your "premises".

(d) Any machine or apparatus that is used for research, medical, diagnostic, surgical, dental or pathological purposes.

(e) "Production equipment".

**(3) Exclusions**

(a) For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions** does not apply except as follows:

   1) Exclusion **(1)(c) Governmental Action;**

   2) Exclusion **(1)(d) Nuclear Hazard;**

   3) Exclusion **(1)(f) War and Military Action;**

   4) Exclusion **(2)(b) Delay or Loss of Use;**

   5) Exclusion **(2)(d) Miscellaneous Causes of Loss, 1)** Wear and tear;

   6) Exclusion **(2)(h) Dishonest Acts;**

   7) Exclusion **(3)(b) Acts or Decisions;** and

   8) Exclusion **(3)(c) Defects, Errors and Omissions.**

(b) In addition to Paragraph **(3)(a)** of this Coverage Extension, we will not pay for the following:

Hidden or latent defect, gradual deterioration, and depreciation. However, if "loss" by a Covered Cause of Loss results, we will pay for that resulting "loss".

**(4) Duplicate and Backup "Electronic Data"**

We will pay for "loss" resulting from any of the Covered Causes of Loss to duplicate and backup "electronic data" that you store at a premises not described in the Declarations providing such "electronic data" is not covered by another policy.

**(5) Newly Acquired Electronic Data Processing Property**

For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, i. Newly Acquired or Constructed Property** is deleted in its entirety and replaced by the following:

(a) We will pay for "loss" from a Covered Cause of Loss to newly acquired Covered Property described in Paragraph **(1)** of this Coverage Extension while at:

   1) Any newly acquired location;

   2) Any newly constructed or acquired buildings at a "premises"; or

   3) Any "premises" described in the Declarations.

(b) Insurance under this Coverage Extension for such newly acquired property, or Covered Property already insured by this Coverage Extension which is moved to a newly

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0056

acquired location, will end when any of the following first occurs:

**1)** This Coverage Part expires;

**2)** 90 days pass from the date you acquire your new property or move Covered Property to a newly acquired location; or

**3)** You report values to us.

**(6) In Transit or Away From Premises**

For this Coverage Extension only, **SEC-TION A. COVERAGE, 5. Coverage Extensions, e. Fairs or Exhibitions, m. Property Off Premises** and **p. Transportation** are deleted in their entirety and replaced by the following:

**(a)** You may extend the insurance provided by this Coverage Extension to apply to Covered Property as described in Paragraph **(1):**

**1)** While in or on a vehicle, including loading and unloading; or

**2)** While at a location that is not your "premises".

**(b)** This **In Transit or Away From Premises** coverage does not apply per location.

**(7) Worldwide Laptop Coverage**

**(a)** You may extend the insurance provided by this Coverage Extension to apply to your laptops, notebooks and similar highly portable personal computers, including their peripherals and accessories, while such specific Covered Property is:

**1)** In your or your employee's care, custody and control;

**2)** Not located at a premises you own or lease; and

**3)** Not located in the coverage territory stated in Paragraph **2.** of the Commercial Property Condition **H. Policy Period, Coverage Territory**, provided that location is not under a United States Department of State trade or travel restriction at the time of "loss".

**(b)** This **Worldwide Laptop Coverage** does not apply per location.

**(8) Electronic Data Processing Property Deductible**

For this Coverage Extension only, **SEC-TION C. DEDUCTIBLE** is amended to include the following:

We will not pay for "loss" in any one occurrence unless the amount of "loss" exceeds the Deductible shown in the Declarations. We will then pay the amount of "loss" in excess of the Deductible, up to the Limit of Insurance provided by this Coverage Extension.

However, "loss" caused by or resulting from any of the following Causes of Loss will have the greater of the Deductible shown in the Declarations or $1,000 as the applicable deductible:

**a.** "Loss" caused by faulty construction, error in design or processing, or service or work upon the data processing system;

**b.** "Loss" resulting in mechanical breakdown, short circuiting, blowout, or other electrical damage, unless caused by lightning; or

**c.** "Loss" caused by or resulting from interruption of power supply, power surge, blackout or brownout.

**(9) Electronic Data Processing Property Valuation**

For this Coverage Extension only, **SEC-TION D. LOSS CONDITIONS, 7. Valuation** is deleted in its entirety and replaced by the following:

**7. Valuation of Electronic Data Processing Property**

In the event of "loss", we will determine the value of Covered Property as described in Paragraph **(1)** of this Coverage Extension as follows:

**a.** Except for "electronic data"

**(1)** If you repair or replace this Electronic Data Processing property within a reasonable time following the "loss", the property will be valued at the full cost of repair or replacement.

However, the most we will pay is the least of the following:

**(a)** The actual cost to repair or restore the property with materials of like kind and quality;

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0057

**(b)** The cost of replacing that property with property of similar quality and function;

**(c)** The amount you actually and necessarily spend to repair or replace the property; or

**(d)** The Limit of Insurance applicable to the property.

**(2)** If you do not repair or replace this property within a reasonable time following a "loss", the most we will pay will be the least of the following:

**(a)** "Actual cash value" of the property;

**(b)** "Actual cash value" of repairs with material of like kind and quality; or

**(c)** The Limit of Insurance applicable to the property.

We reserve the right to repair or replace the property or to pay for the property in money.

In the event of "loss", the value of property will be determined at the time of "loss".

**b.** For "electronic data"

We will not pay more than the actual reproduction costs of your "electronic data". If you do not replace or reproduce your "electronic data" following the "loss", the most we will pay is the cost of blank media as described in Paragraph **C.(1)(e)** of this Coverage Extension.

**(10)** **Electronic Data Processing Property Additional Definition**

The following definition is added to **SECTION G. DEFINITIONS** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM:**

**"Production equipment"** means any machinery and related components, including any integrated or dedicated computer system, which is used, or can be used, to produce or process other tangible property.

The most we will pay for "loss" under this Electronic Data Processing Property Coverage Extension in any one occurrence is the Blanket Coverage Limit as provided in Section **T.** of this endorsement .

**D.** **Ordinance or Law**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages, g. Ordinance or Law, (5) i**s deleted in its entirety and replaced by the following:

**(5)** The most we will pay under this Additional Coverage in any one occurrence is the following:

**(a)** For **g.(1)**, under we will pay: **(a)**, this coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. This does not increase the Limit of Insurance.

**(b)** For **g.(1)**, under we will pay: **(b)**, **(c)**, and **(d)** combined, the Blanket Coverage Limit as provided in Section **T.** of this endorsement. This is in addition to the Limits of Insurance shown in the Declarations.

**E.** **Valuable Papers and Records**

In **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, r. Valuable Papers and Records**, the last paragraph is deleted in its entirety and replaced by the following:

The most we will pay for "loss" in any one occurrence under this Coverage Extension is the Blanket Coverage Limit as provided in Section **T.** of this endorsement.

**F.** **Outdoor Property**

In **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, k. Outdoor Property**, the last paragraph is deleted in its entirety and replaced by the following:

The most we will pay for "loss" under this Coverage Extension is the Limit of Insurance stated in the Summary of Coverage Limits in any one occurrence, but not more than the Limit of Insurance stated in the Summary of Coverage Limits for any one tree, shrub, or plant.

**G.** **Tenant Move Back Expenses**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVER-**

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0058

**AGE, 5. Coverage Extensions** is amended to include the following:

## Tenant Move Back Expenses

1. We will reimburse you for expenses you pay for Covered Move Back Costs of your tenants who temporarily vacate a portion of the building at a "premises". The vacancy must have occurred while the portion of the building rented by your tenant could not be occupied due to direct physical "loss" to your Covered Property caused by or resulting from a Covered Cause of Loss during the "coverage term". The move back must be completed within 60 calendar days after the portion of the building rented by your tenant has been repaired or rebuilt and is ready for occupancy.

2. Covered Move Back Costs means only documented, reasonable and necessary costs of:

   a. Packing, insuring and transporting business personal property;

   b. Re-establishing electric utility and communication services, less refunds from discontinued services;

   c. Assembling and setting up fixtures and equipment; or

   d. Unpacking and re-shelving stock and supplies.

3. If your tenants have valid and collectible insurance for Covered Move Back Costs, we will pay only for the amount of Covered Move Back Costs in excess of the amount payable from such other insurance.

4. The most we will pay for the sum of all Covered Move Back Costs in any one occurrence under this Coverage Extension is the Blanket Coverage Limit as provided in Section **T.** of this endorsement.

## H. Peak Season

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

## Peak Season

1. In the event that the limit of insurance stated in the Declarations for Business Personal Property is insufficient to fully insure a covered "loss" due to a Peak Season Demand for your inventory, you may apply the Blanket Coverage Limit as

provided in Section **T.** of this endorsement to that "loss".

2. Peak Season Demand means a temporary (90 consecutive days or less) increase in your inventory to meet a seasonal demand as verified by:

   a. Your previous inventory records for that historical period of time; and

   b. Custom and practice in your industry.

## I. Personal Property of Others

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

## Personal Property of Others

In the event that the limit of insurance stated in the Declarations for Business Personal Property is insufficient to fully insure a covered "loss" to both your Covered Property and that which would specifically be the subject of **SECTION A. COVERAGE, 1. Covered Property, d. Business Personal Property**, Subpart **(8)**, you may apply the Blanket Coverage Limit as provided in Section **T.** of this endorsement to such property as contemplated by **SECTION A. COVERAGE, 1. Covered Property, d. Business Personal Property**, Subpart **(8)**.

## J. Debris Removal

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

In the event that the limits of insurance stated in **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages, b. Debris Removal** are insufficient to fully cover a "loss" insured thereunder, you may apply the Blanket Coverage Limit as provided in Section **T.** of this endorsement to such "loss" as is insured under Additional Coverage **b. Debris Removal**.

## K. Temperature Change

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

## Temperature Change

1. **Coverage**

   a. For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,**

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0059

**SECTION A. COVERAGE, 1. Covered Property** is deleted in its entirety and replaced by the following:

Covered Property means "perishable stock" located in a building at a "premises".

**b.** For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 2. Property Not Covered** is deleted in its entirety and replaced by the following:

Covered Property does not include:

"Perishable Stock" Not in Buildings

"Perishable stock" located on buildings, in or on vehicles, or otherwise in the open.

**2. Covered Causes of Loss**

For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 3. Covered Causes of Loss, a. Risks of Direct Physical Loss** is deleted in its entirety and replaced by the following:

**a. Risks of Direct Physical Loss**

Covered Causes of Loss means "loss" from "temperature change" to Covered Property unless "loss" is:

**(1)** Excluded in **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions**; or

**(2)** Limited in **SECTION A. COVERAGE, 3. Covered Causes of Loss, c. Limitations**;

that follow.

**3. Excluded Causes of Loss**

**a.** For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions** does not apply to this Coverage Extension, except as follows:

**(1)** Exclusion **(1)(b) Earth Movement**;

**(2)** Exclusion **(1)(c) Governmental Action;**

**(3)** Exclusion **(1)(d) Nuclear Hazard;**

**(4)** Exclusion **(1)(f) War and Military Action;**

**(5)** Exclusion **(1)(g) Water**; or

**(6)** Exclusion **(1)(h) "Fungi", Wet Rot, Dry Rot, and Bacteria.**

**b.** In addition to Paragraph **3.a.** of this Coverage Extension, we will not pay for "loss" caused by or resulting from any of the following:

**(1)** The disconnecting of any heating, refrigerating, cooling or humidity control system from the source of its power;

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other device (on "premises") used to control the flow of electrical power or current;

**(3)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(a)** Lack of fuel, or

**(b)** Governmental order;

**(4)** The inability of a power source at the "premises" to provide sufficient power due to the lack of generating capacity to meet demand; or

**(5)** Breaking of any glass that is a permanent part of any heating, refrigeration, cooling or humidity control unit.

**4. Limits of Insurance**

For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION B. LIMITS OF INSURANCE** is deleted in its entirety and replaced by the following:

**SECTION B. LIMITS OF INSURANCE**

**a.** The most we will pay for "loss" caused by "temperature change" in any one occurrence is the Limit of Insurance stated in the Summary of Coverage Limits.

**b.** The Limit of Insurance is not an additional amount of insurance and will not increase the Limit of Insurance shown in the Declarations for Business Personal Property or "stock".

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0060

**5. Duties in the Event of Loss**

For this Coverage Extension only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION D. LOSS CONDITIONS, 3. Duties in the Event of Loss or Damage, a.(2)** is deleted in its entirety and replaced by the following:

**(2)** All claims under this "Temperature Change" Coverage Extension should be reported immediately upon occurrence. Include a description of the damaged "stock". All damaged "stock" must be available for inspection and verification.

**6. Definitions**

The following are added to **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS:**

**a.** "**Perishable stock**" means personal property:

**(1)** Preserved and maintained under controlled conditions; and

**(2)** Susceptible to "loss" if the controlled conditions change.

**b.** "**Temperature change**" means:

**(1)** The fluctuation or total interruption of electrical power, either on or off "premises", resulting from conditions beyond your control.

**(2)** Mechanical breakdown of any refrigerating or cooling apparatus or equipment (on "premises") including the blowing of any fuse, fuses, or circuit breakers.

**(3)** Contamination by refrigerant.

**(4)** The freezing of "perishable stock" resulting from the faulty operation of any stationary heating plant, when such "perishable stock" is contained within a building at the "premises".

**L. Non-Owned Building Damage**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, j. Non-Owned Building Damage** is deleted in its entirety and replaced by the following:

If you are a tenant, you may extend the insurance provided by this Coverage Part for

Business Personal Property to "loss" that occurs to the building at a "premises" you occupy but do not own.

This Coverage Extension applies only if your lease makes you legally responsible for that part of the building sustaining "loss".

This Coverage Extension does not apply to:

**(1)** Glass, including lettering and ornamentation, and also necessary:

**(a)** Repair or replacement of encasing frames or alarm tapes; and

**(b)** Expenses incurred to board up openings or remove or replace obstruction.

**(2)** Building materials and equipment removed from the "premises".

The most we will pay for "loss" under this Coverage Extension in any one occurrence is:

**(1)** The actual "loss" sustained up to the applicable Limit of Insurance for Business Personal Property for "loss" caused by theft, burglary or robbery, or the attempt of the foregoing; or

**(2)** The applicable Limit of Insurance for Business Personal Property or the Limit of Insurance stated in the Summary of Coverage Limits, whichever is less, for "loss" caused by any other Covered Cause of Loss, not referenced in **(1)** above.

**M. Inflation Guard**

Per **SECTION F. OPTIONAL COVERAGES, 2. Inflation Guard**, the percentage (%) stated in the Summary of Coverage Limits applies to all Building Property referenced in the Declarations. This coverage is excess of any Inflation Guard coverage specifically referenced in the Declarations.

**N. Brands and Labels**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

**Brands and Labels**

**1.** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

**a.** Stamp "salvage" on the merchandise or its containers, if the stamp

CIC0061

will not physically damage the merchandise; or

**b.** Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

**2.** We will pay reasonable costs you incur up to the Limit of Insurance stated in the Summary of Coverage Limits in total in any one occurrence to perform the activities described in **1.a.** and **1.b.** above.

**O. Limitation - Personal Property Theft**

In **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 3. Covered Causes of Loss, c. Limitations, Limitation (3) Personal Property Theft** is deleted in its entirety and replaced by the following:

**(3) Limitation - Personal Property Theft**

This Limitation does not apply to Business Income coverage or to Extra Expense coverage. The special limit shown for each category, **(3)(a)** through **(3)(d)**, is the most we will pay for "loss" to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**(a)** The Limit of Insurance stated in the Summary of Coverage Limits for furs, fur garments and garments trimmed with fur.

**(b)** The Limit of Insurance stated in the Summary of Coverage Limits for jewelry, watches, watch movements, jewels, pearls and precious and semi-precious stones. This limit does not apply to jewelry and watches worth $500 or less per item.

**(c)** The Limit of Insurance stated in the Summary of Coverage Limits for bullion, gold, silver, platinum and other precious alloys or metals.

**(d)** The Limit of Insurance stated in the Summary of Coverage Limits for patterns, dies, molds and forms.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

**P. Lessor's Leasehold Interest**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVER-**

**AGE, 4. Additional Coverages** is amended to include the following:

**Lessor's Leasehold Interest**

**1.** We will pay for the cost of Covered Leasehold Interest you sustain due to the cancellation of lease contracts by your tenants. The cancellation must result from direct physical "loss" to your Covered Property at the "premises" caused by or resulting from a Covered Cause of Loss during the "coverage term".

**2.** Covered Leasehold Interest:

**a.** Means the difference between the:

**(1)** Rent you were collecting at the "premises" prior to the direct physical "loss"; and

**(2)** "Rental value" of the "premises" after the direct physical "loss" has been repaired or rebuilt; and

**b.** Does not mean refunds or rebates of:

**(1)** Prepaid rent;

**(2)** Security or other deposits made by your tenants; or

**(3)** Insurance, taxes or other payments made on your behalf by tenants.

**3.** The most we will pay under this Additional Coverage is the least of:

**a.** Your Covered Leasehold Interest for the 12 months immediately following the "period of restoration" plus the 90 days of Extended Business Income but ending with the normal expiration date of each cancelled lease; or

**b.** The Limit of Insurance stated in the Summary of Coverage Limits for all Covered Leasehold Interest of all your tenants canceling their leases arising out of an occurrence at a "premises".

**Q. Unauthorized Business Card Use**

**1. BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages** is amended to include the following:

**Unauthorized Business Card Use**

We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of

FCP 217 03 11

Includes copyrighted material of ISO Properties, Inc., with its permission.

Page 8 of 9

CIC0062

credit, debit or charge cards issued in your business name, including:

**a.** Fund transfer cards;

**b.** Charge plates; or

**c.** Telephone cards.

The most we will pay under this Additional Coverage in any one occurrence is the Limit of Insurance stated in the Summary of Coverage Limits.

**2. BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 2. Property Not Covered** is amended by deleting Paragraph **a.** in its entirety and replacing it with the following:

Covered Property does not include:

**a. Accounts, Deeds, Money or Securities**

Except as provided in **SECTION A. COVERAGE:**

**(1) 4. Additional Coverages, Unauthorized Business Card Use**; and

**(2) 5. Coverage Extensions, a. Accounts Receivable,**

Accounts, bills, currency, deeds, food stamps or other evidences of debt, "money", notes or "securities";

**R. Ordinance or Law - Increased Period of Restoration**

In **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions, Ordinance or Law - Increased Period of Restoration,** paragraph **d.** is deleted in its entirety and replaced by the following:

**d.** The most we will pay for "loss" under this Coverage Extension in any one occurrence is the Limit of Insurance stated in the Summary of Coverage Limits at each "premises".

**S. Water Backup from Sewers, Drains or Sump Pumps**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended by adding the following:

**Water Backup from Sewers, Drains or Sump Pumps**

You may extend the insurance provided by this Coverage Part to apply to "loss" caused by or resulting from water or waterborne material that backs up through or overflows or is discharged from a sewer, drain, septic system, sump pump or related equipment.

**(1)** For this Coverage Extension, **SECTION A. COVERAGE, 3. Covered Causes of Loss, b. Exclusions, (1)(g) Water, 3)** is deleted in its entirety and replaced by the following:

**3)** Water or waterborne material which backs up through or overflows or is discharged from a sewer, drain, septic system, sump pump or related equipment, except as provided in **SECTION A. COVERAGE, 5. Coverage Extensions, Water Backup from Sewers, Drains, or Sump Pumps.**

**(2)** For this Coverage Extension, **SECTION C. DEDUCTIBLE** is amended by adding the following:

We will not pay for "loss" in any one occurrence caused by or resulting from water or waterborne material which backs up or overflows from a sewer, drain, septic system, sump pump or related equipment, until the amount of "loss" exceeds the Deductible shown in the Declarations, or $1,000, whichever is greater. We will then pay the amount of "loss" in excess of that deductible, up to the applicable limit indicated in Paragraph **(3)** of this extension.

**(3)** The most we will pay for any one occurrence under this Coverage Extension is the Blanket Coverage Limit as provided in Section **T.** of this endorsement.

**T. Blanket Coverage Limit**

We will pay up to the Limit of Insurance stated in the Schedule of this endorsement in total in any one occurrence for the sum of all "loss" insured under coverages provided in this endorsement which are subject to the Blanket Coverage Limit. You may apportion this Limit among these coverages as you choose.

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0063

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CinciPak™

# MEDICAL / DENTAL OFFICE BUSINESS INCOME (AND EXTRA EXPENSE) AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE PART**

**SCHEDULE**

| Valued Daily Loss of Income | | | |
|---|---|---|---|
| Location | Building | Limit Per Day | Number of Days |
| 1 | 1 | 6,500 | 40 |
| | | | |
| | | | |
| | | | |
| | | | |

**I. SECTION A. COVERAGE**, Paragraph **5. Additional Coverages** of the Business Income (and Extra Expense) Coverage Part is amended to include the following:

**e. Utility Services**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by the partial or complete suspension of the utility services listed below. The partial or complete suspension of services must be caused by direct physical "loss" to those services from a Covered Cause of Loss.

**(1)** Communications Supply Services, meaning property supplying communication services, including telephone, radio, microwave, or television services to the "premises", such as:

**(a)** Communication transmission lines including fiber optic transmission lines, excluding overhead transmission and distribution lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays, excluding satellites.

**(2)** Power Supply Services, meaning the following types of property supplying electricity, steam or natural gas to the "premises":

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines, excluding overhead transmission and distribution lines.

**(3)** Water Supply Services, meaning the following types of property supplying water to the "premises":

**(a)** Pumping Stations; and

**(b)** Water mains.

**(4)** This Additional Coverage does not apply to "loss" to "electronic data" including destruction or corruption of "electronic data".

**f. Valued Daily Loss of Income**

**(1)** We will pay the stated Limit Per Day indicated in the Schedule of this endorsement for loss of income due to the necessary "suspension" of your "operations" during the "period of res-

CIC0064

toration" caused by or resulting from any Covered Cause of Loss, up to the Number of Days indicated in the Schedule of this endorsement.

**(2)** A day is defined as a period of twenty-four hours, beginning at midnight, and during which the "operations" of the insured were or normally would be performed. We shall pay the Limit Per Day indicated in the Schedule of this endorsement for each full day of total "suspension" of business conducted by you at the "premises" where the "loss" occurred.

**(3)** For each day, during which there is a partial "suspension" of your "operations", a part of the Limit Per Day indicated in the Schedule of this endorsement will be paid. That part of the Limit Per Day will be calculated by determining the ratio of reduced hours of "operations" compared to normal hours of "operations", times the Limit Per Day indicated in the Schedule of this endorsement.

**(4)** You agree that if you could resume complete or partial "operations" at your "premises" or at another location, the amount we pay you shall be determined as if such complete or partial "operations" had been resumed.

**II.** **SECTION F. DEFINITIONS** of the Business Income (and Extra Expense) Coverage Part is amended as follows:

With respect to a "suspension" of "operations" insured under **SECTION A. COVERAGE**, Paragraph **5. Additional Coverages, e. Utility Services** of the Business Income (and Extra Expense) Coverage Part, Paragraph **a.** of Definition **7. "Period of Restoration"** is deleted and replaced by the following:

**a.** Begins 24 hours after the time of direct physical "loss".

**III.** **SECTION A. COVERAGE, 3.b. Exclusions** of the Commercial Property Coverage Part is amended as follows:

**A.** Exclusions **(1)(b) Earth Movement** and **(1)(g) Water** do not apply to Business Income and Extra Expense Coverage.

**B.** **Special Exclusion (4)(a)** does not apply to the insurance coverage provided under this endorsement.

**FCP 402 05 11**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Page 2 of 2**

CIC0065



# THE BRIDGE ENDORSEMENT
# TABLE OF CONTENTS

Begins on Page:

Schedule of Coverage Limits ........................................................................................................2

SECTION I - COVERAGES..........................................................................................................3

A.  Business Travel Benefit ........................................................................................................3

B.  Conference Cancellation ........................................................................................................3

C.  Donation Security ........................................................................................................4

D.  Emergency Travel Expense ........................................................................................................5

E.  Fundraising Event Cancellation Expense ........................................................................................5

F.  Image Restoration and Counseling Expense ........................................................................................6

G.  Key Individual Replacement Expense........................................................................................6

H.  Kidnap Expense ........................................................................................................7

I.  Lease Assessment ........................................................................................................7

J.  Leasehold Improvements ........................................................................................................8

K.  Political Unrest Evacuation Expense ........................................................................................8

L.  Premises Boundary Increase ........................................................................................................9

M.  Temporary Meeting Space Expense ........................................................................................9

N.  Travel Delay Expense ........................................................................................................9

O.  Unauthorized Business Card Use ........................................................................................10

P.  Unintentional Error in Description ........................................................................................10

Q.  Workplace Violence Counseling Expense........................................................................................10

R.  Deductible........................................................................................................11

SECTION II - CONDITIONS........................................................................................................11

CIC0066

# THE BRIDGE ENDORSEMENT
## BRIDGE SCHEDULE OF COVERAGE LIMITS

| Coverages: | Limit of Insurance: |
|---|---|
| Business Travel Benefit | $50,000 |
| Conference Cancellation | $25,000 |
| Donation Security | $50,000 |
| Emergency Travel Expense | $50,000 |
| Fundraising Event Cancellation Expense | $25,000 |
| Image Restoration and Counseling Expense | $50,000 |
| Key Individual Replacement Expense | $50,000 |
| Kidnap Expense | $50,000 |
| Lease Assessment | $2,500 |
| Leasehold Improvements | $25,000 |
| Political Unrest Evacuation Expense | $25,000 ($5,000 per employee) |
| Temporary Meeting Space Expense | $25,000 |
| Travel Delay Expense | $1,500 |
| Unauthorized Business Card Use | $1,500 |
| Workplace Violence Counseling Expense | $50,000 |

| Deductible: |
|---|
| $500.00 |

CIC0067

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THE BRIDGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

**The insurance coverage and Limits of Insurance provided by this endorsement are excess of, and apply in addition to, any similar or identical coverage provided by any other endorsement attached to this Coverage Part, or by any other Coverage Part forming a part of the policy of insurance of which this Coverage Part forms a component.**

**SECTION I - COVERAGES**

**A. Business Travel Benefit**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

**Business Travel Benefit**

1. We will pay you the business travel benefit if your current "director or officer" while occupying, as a fare-paying passenger, a public conveyance provided and operated by a commercial transportation carrier for regular passenger service by land, water, or air suffers "injury" while traveling for purposes related to your business pursuits during the "coverage term".

2. We will not pay business travel benefit for "injury" caused directly or indirectly by any of the following:

   **a.** An intentional injury by the insured, "director or officer" or decedent;

   **b.** An act of suicide or attempted suicide by the insured, "director or officer" or decedent;

   **c.** An act of war; or

   **d.** A disease process the insured, "director or officer" or decedent was diagnosed with prior to the suffered "injury" for which coverage under this Coverage Extension is sought.

3. For **Business Travel Benefit** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS,** is amended to include the following:

   "Injury" means:

   **a.** Accidental loss of life caused by physical injury to the body;

   **b.** Accidental loss of limbs or multiple fingers; or

   **c.** Accidental total loss of sight, speech or hearing.

   The "injury" outlined in Paragraphs **a.**, **b.**, and **c.** above must physically occur to the current "director or officer".

4. For **Business Travel Benefit** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS,** is amended to include the following:

   "Director or officer" means that particular current director or current officer for which coverage under this Coverage Extension is sought.

   The most we will pay for all "injury" under **Business Travel Benefit** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

   Section **I, R. Deductible** applies.

**B. Conference Cancellation**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

**Conference Cancellation**

1. We will reimburse the insured for any "business-related conference expense" incurred and not reimbursed by any other source as the result of a cancellation of a conference or convention. The cancellation must be the direct result of an order made by a civil authority responding to a "natural catastrophe" or to a "communicable disease" outbreak during the "coverage term".

2. For **Conference Cancellation** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

CIC0068

a. "Business-related conference expense" means those expenses incurred by you for your employee(s)scheduled to attend a conference or convention provided that the employee(s) was (were) registered for the conference or convention at least 30 days prior to the conference's or convention's cancellation.

b. "Communicable disease " means any disease or any related or resulting diseases, viruses, complexes, symptoms, manifestations, effects, conditions or illnesses, except this endorsement does not apply to any "loss" directly or indirectly attributable to Anthrax, Avian Influenza, Crimean-Congo Hemorrhagic Fever, Dengue Hemorrhagic Fever, Ebola Hemorrhagic Fever, Francisella Tularensis, Influenza, Lassa Fever, Marburg Hemorrhagic Fever, Meningococcal disease, Plague, Rift Valley Fever, Severe Acute Respiratory Syndrome, Smallpox, Tularemia, Yellow Fever or any pandemic or similar influenza which is defined by the United States Center for Disease Control as virulent human influenza that may cause global outbreak, or pandemic, or serious illness.

c. "Natural catastrophe" means hurricane, tornado, earthquake or flood.

The most we will pay for all "business related conference expense" under **Conference Cancellation** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

C. **Donation Security**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

**Donation Security**

1. We will reimburse you for a "failed donation" incurred and not reimbursed by any other source.

2. For non-cash donations, the value of the "failed donation" will be determined based on the fair market value of the non-cash item at the time of the "failed donation".

3. For **Donation Security** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

"Failed donation" means notice to the insured during the "coverage term" of:

a. The bankruptcy or reorganization of any donor whereby such bankruptcy or reorganization prevents the donor from honoring a written pledge, made during the "coverage term", of funds or other measurable, tangible property to the insured provided that the donor has never been in bankruptcy or filed for bankruptcy/reorganization prior to the time the donor's pledge was made to you; or

b. The unemployment or "incapacitation" of an individual donor during the "coverage term" preventing the donor from honoring a prior written pledge of funds or other measurable, tangible property to the insured provided that, if the donor is an individual who becomes unemployed or "incapacitated":

(1) Neither you nor the donor shall have had reason to believe the donor would become unemployed or "incapacitated" prior to the donation date;

(2) The individual donor is unemployed or "incapacitated" for at least 60 days before payment is made by the Company; and

(3) There is a written pledge of funds or other measurable, tangible property dated during the "coverage term".

4. For **Donation Security** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

"Incapacitated or incapacitation" means a person who is impaired by physical injury, physical illness, or physical disability. The cause of the physical injury, physical illness or physical disability must be accidental.

5. A donation amount which is to be collected by you over a period of more than 12 months will be deemed a single donation.

The most we will pay for all "failed donations" under **Donation Security** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**D. Emergency Travel Expense**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

Emergency Travel Expense

1. We will reimburse the reasonable "emergency travel expense", while traveling for purposes related to your business pursuits during the "coverage term", incurred by your current director or officer and necessitated by a "certified act of terrorism" which:

    **a.** Occurs during the "coverage term"; or

    **b.** Begins to occur during the "coverage term".

2. For **Emergency Travel Expense** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

    **a.** "Emergency travel expense" means:

    **(1)** Hotel expense incurred, and not reimbursed by any other source, as the result of the cancellation of scheduled transportation by a commercial transportation carrier for regular passenger service by land, water, or air. The cancellation must occur within forty-eight hours of a "certified act of terrorism"; and

    **(2)** The increased amount incurred and not reimbursed by any other source for air or train fare resulting from cancelling and rescheduling a form of transportation to replace a similarly scheduled form of transportation canceled by a commercial transportation carrier.

    **b.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **(1)** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

    **(2)** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy of affect the conduct of the United States Government by coercion.

The most we will pay for all emergency travel expenses under **Emergency Travel Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**E. Fundraising Event Cancellation Expense**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

Fundraising Event Cancellation Expense

1. We will reimburse you for fundraising event related expense incurred, and not reimbursed by any other source, due to the cancellation of a fundraising event. However:

    **a.** The canceled fundraising event must not be rescheduled within the "coverage term"; and

    **b.** The fundraising event cancellation must be the direct result of an order made by a civil authority responding to a "natural catastrophe" or a "communicable disease" outbreak during the "coverage term".

2. For **Fundraising Event Cancellation Expense** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

    **a.** "Communicable disease" means any disease or any related or resulting diseases, viruses, complexes, symptoms, manifestations, effects, conditions or illnesses, except this endorsement does not apply to any "loss" directly or indirectly attributable to Anthrax, Avian Influenza, Crimean-Congo Hemorrhagic Fever, Dengue Hemorrhagic Fever, Ebola Hemorrhagic Fever, Francisella Tularensis, Influenza, Lassa Fever, Marburg Hemorrhagic Fever, Meningococcal

CIC0070

disease, Plague, Rift Valley Fever, Severe Acute Respiratory Syndrome, Smallpox, Tularemia, Yellow Fever or any pandemic or similar influenza which is defined by the United States Center for Disease Control as virulent human influenza that may cause global outbreak, or pandemic, or serious illness.

**b.** "Natural catastrophe" means hurricane, tornado, earthquake or flood.

The most we will pay for all fundraising event cancellation expenses under **Fundraising Event Cancellation Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**F.  Image Restoration and Counseling Expense**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages** is amended to include the following:

**Image Restoration and Counseling Expense**

**1.** We will pay your "image restoration and counseling expense" resulting from a "covered event" that occurs during the "coverage term".

**2.** For **Image Restoration and Counseling Expense** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

**a.** "Covered event" means an actual or alleged act, attempt or threat of sexual misconduct or sexual molestation directed at one or more of your clients while in your care, custody and control, committed by you, any of your partners, directors, officers, employees, independent contractors or volunteers.

**b.** "Image restoration and counseling expense" means reasonable fees and expenses you necessarily incur after a "covered event" occurs for:

**(1)** The services of a public relations or similar professional image restoration organization to assist or advise you in order to minimize negative publicity and restore or otherwise positively communicate the image of your "operations".

**(2)** Legal counseling and professional psychological counseling or other necessary professional mental health treatment for you, any of your partners, directors, officers or employees as a result of a "covered event". These "image restoration and counseling expenses" are payable only if and when the accused is acquitted or is discharged from being accused of committing the "covered event".

**(3)** The recruitment of a replacement for an officer who has been relieved of their duties in your "operations" as a result of the "covered event".

The most we will pay for all "image restoration and counseling expense" under **Image Restoration and Counseling Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**G.  Key Individual Replacement Expense**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

**Key Individual Replacement Expense**

**1.** We will pay the reasonable "replacement expense" incurred, and not reimbursed by any other source, to replace your Chief Executive Officer or your Executive Director if your incumbent Chief Executive Officer or Executive Director is unable to continue due to death or permanent disability resulting from an injury that takes place during the "coverage term".

**2.** For **Key Individual Replacement Expense** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS**, is amended to include the following:

"Replacement expense" means:

**a.** Costs of advertising the employment position opening;

**b.** Travel, lodging, and meals incurred in interviewing job applicants for the position opening; and

**c.** Reasonable extra expenses incurred with our prior consent in finding, interviewing and negotiating with the job applicants including, but not limited to, overtime pay, costs to verify

CIC0071

the background and references of the applicants and legal expenses incurred to draw up employment contracts.

The most we will pay for all "replacement expense" under **Key Individual Replacement Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

## H. Kidnap Expense

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

### Kidnap Expense

1. We will pay the reasonable "kidnap expense" incurred by you or your current director or officer as a result of the "kidnap" of a "covered person" that takes place during the "coverage term".

   This coverage does not apply to any "kidnapping" by or at the direction of any past or present family member of the "covered person".

2. For **Kidnap Expense** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

   a. "Covered person" means:

      (1) Any current director or officer of the named insured; or

      (2) The spouse, parent, or child of a current director or officer of the named insured.

   b. "Kidnap", "kidnapped", or "kidnapping" means the illegal taking and holding of a "covered person" by an individual who demands a "ransom". The "ransom" must specifically be demanded from your assets as a condition for the release of the "covered person".

   c. "Kidnap expense" means:

      (1) Fees and expenses of an independent negotiator you have hired with our prior approval;

      (2) Incurred interest of loans taken for the purpose of paying "ransom", provided that the loan is repaid within seven days of the insured receiving reimbursement from us;

      (3) Travel and accommodation expenses incurred by any current director or officer of the named insured;

      (4) Reward paid by the insured, with our prior approval, to an "informant" for information which leads to the arrest and conviction of parties responsible for a "kidnapping", provided that the offer of such reward is approved by the local law enforcement officials; and

      (5) Gross salary including bonuses and allowances paid by you to your "kidnapped" director or officer which is contractually due at the time the "kidnapping" occurs. The salary will be paid for a period beginning on the date of the "kidnap" and will end upon the earlier of:

         (a) Up to 30 days after the release of the director or officer, if the director or officer has not yet returned to work;

         (b) The discovery of the death of the director or officer;

         (c) 120 days after we receive the last credible evidence following the "kidnapping" that the director or officer is still alive;

         (d) 12 months after the date of the "kidnapping"; or

         (e) The exhaustion of the kidnap expense limit.

   d. "Ransom" means money or other consideration demanded or paid for the release of a "covered person".

The most we will pay for all "kidnap expense" under **Kidnap Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

## I. Lease Assessment

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages** is amended to include the following:

### Lease Assessment

Your Business Personal Property insurance coverage is extended to apply to your share of any assessment charged to all tenants by the building owner as a result of direct physical

damage caused by or resulting from a Covered Cause of Loss that occurs during the "coverage term" to building property you occupy at a "premises" as agreed to in your written lease agreement.

The most we will pay for all "loss" under **Lease Assessment** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**J. Leasehold Improvements**

BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages is amended to include the following:

**Leasehold Improvements**

If your lease is cancelled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property during the "coverage term" at a "premises" you occupy as a tenant, and you cannot legally remove Tenant Improvements and Betterments, as described in **SECTION A. COVERAGE, 1. Covered Property, d. Business Personal Property, (6)** we will extend your Business Personal Property insurance coverage to apply to the unamortized value of Tenant Improvement and Betterment that remain and that you were forced to abandon.

The most we will pay for all "loss" under **Leasehold Improvements** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**K. Political Unrest Evacuation Expense**

BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions is amended to include the following:

**Political Unrest Evacuation Expense**

1. We will reimburse any current director, officer, employee or volunteer of the named insured for "emergency evacuation expense" that is incurred as the direct result of "political unrest" outside of the United States of America, its territories and possessions, Puerto Rico or Canada. We will only pay "emergency evacuation expense" directly related to traveling for your business pursuits and we will only pay "emergency evacuation expenses" not reimbursed by any other source. The "political unrest" must occur in the country where your current director, officer, employee or volunteer is traveling and the "political un-

rest" must occur during the "coverage term".

No coverage is granted for travel to countries in a state of "political unrest" at the time of departure of the travel or countries under a United States Department of State trade or travel restriction at the time of incident of "political unrest".

2. For **Political Unrest Evacuation Expense** only, BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS is amended to include the following:

   a. "Emergency evacuation expense" means:

      (1) Additional lodging expenses;

      (2) Additional transportation costs;

      (3) The cost of obtaining replacement of lost or stolen travel documents necessary for evacuation from the area of "political unrest"; and

      (4) Translation services, message transmittals and other communication expenses provided that these expenses are not otherwise reimbursable.

   b. "Political unrest" means:

      (1) A short-term condition of disturbance, turmoil or agitation within a foreign country that poses imminent risks to the security of citizens of the United States;

      (2) A long-term condition of disturbance, turmoil or agitation that makes a foreign country dangerous or unstable for citizens of the United States; or

      (3) A condition of disturbance, turmoil or agitation in a foreign country that constrains the United States Government's ability to assist citizens of the United States, due to the closure or inaccessibility of an embassy or consulate or because of a reduction of its staff for which either an alert or travel warning has been issued by the United States Department of State.

The most we will pay for all "emergency evacuation expenses" under **Political Unrest Evacuation Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

CIC0073

Section **I, R. Deductible** applies.

**L.** **Premises Boundary Increase**

Any reference to 1,000 feet in **BUILDING AND PERSONAL PROPERTY COVERAGE FORM,**

1. **SECTION A. COVERAGE, 1. Covered Property, a. Building, (5)(b);** or

2. **SECTION A. COVERAGE, 1. Covered Property, b. Outdoor Signs;** or

3. **SECTION A. COVERAGE, 1. Covered Property, d. Business Personal Property;** or

4. **SECTION A. COVERAGE, 3. Covered Causes of Loss, c. Limitations, (2) Limitations - Various Property for Specified Causes, (b), 1);** or

5. **SECTION A. COVERAGE, 5. Coverage Extensions;** or

6. **SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense, (1) Business Income;** or

7. **SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense, (3) Tenant Premises, (b);** or

8. **SECTION A. COVERAGE, 5. Coverage Extensions, b. Business Income and Extra Expense, (5) Alterations and New Buildings, (c);** or

9. **SECTION A. COVERAGE, 5. Coverage Extensions, f. Fences;**

is increased to 1,800 feet.

**M.** **Temporary Meeting Space Expense**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

**Temporary Meeting Space Expense**

We will reimburse you the meeting space rental expense incurred, and not reimbursed by any other source, due to the temporary unavailability of your primary meeting office space on the "premises". The unavailability of your primary meeting space must be the result of direct physical loss to a climate control system or hot water heater during the "coverage term". However, **Temporary Meeting Space Expense** does not apply to the renting of a temporary meeting space solely for use by you, your "employees", your officers or directors unless the temporary meeting space is also required for meeting with vendors, clients or customers outside your organization.

The most we will pay for all temporary meeting space rental expenses under **Temporary Meeting Space Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**N.** **Travel Delay Expense**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 5. Coverage Extensions** is amended to include the following:

**Travel Delay Expense**

1. We will reimburse your current director or officers any "travel delay expense" incurred, and not reimbursed by any other source, as a result of delay or cancellation of any regularly scheduled travel on a commercial transportation carrier. The regularly scheduled travel must be directly related to your business pursuits and the cause of the cancellation must occur during the "coverage term". However, we will only pay for "travel delay expense" first incurred seventy-two (72) hours after the cancellation occurred.

   We will not pay for "travel delay expense" due to a "certified act of terrorism".

2. For Travel Delay Expense only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include the following:

   **a.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **(1)** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **(2)** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy of affect the conduct of

**FA 286 01 13**                                      **Page 9 of 12**

the United States Government by coercion.

**b.** "Travel delay expense" means the following travel-related expense for which your director or officer produces a receipt:

**(1)** Meals and lodging;

**(2)** Alternative transportation;

**(3)** Clothing and necessary toiletries; or

**(4)** Emergency prescription and non-prescription drug expenses.

The most we will pay for all "travel delay expense" under **Travel Delay Expense in any once "coverage term"** is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**O.** **Unauthorized Business Card Use**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages** is amended to include the following:

<u>**Unauthorized Business Card Use**</u>

**1.** We will pay for your loss of "money" or charges and costs you incur that result directly from the unauthorized use of credit, debit or charge cards issued in your business name, including:

**(a)** Fund transfer cards;

**(b)** Charge plates; or

**(c)** Telephone cards.

**2.** For this endorsement only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 2. Property Not Covered, a. Accounts, Deeds, Money or Securities** is deleted in its entirety and replaced with the following:

> <u>**Accounts, Deeds, Money or Securities**</u>

> Except as provided in SECTION A. COVERAGE, 4. Additional Coverages, Unauthorized Business Card Use; and **5. Coverage Extensions, a. Accounts Receivable**, Accounts, bills, currency, deeds, food stamps or other evidences of debt, "money", notes or "securities".

**3.** The most we will pay for all loss of money or charges and costs under **Unauthorized Business Card Use** in any one "coverage term" is the Limit of Insurance

indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

**P.** **Unintentional Error in Description**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION E. ADDITIONAL CONDITIONS** is amended to include the following:

An unintentional error in the description of the occupancy or address of Covered Property will not impair this insurance, provided you report the error to us as soon as practicable after the error becomes known to you.

**Q.** **Workplace Violence Counseling Expense**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 4. Additional Coverages** is amended to include the following:

<u>**Workplace Violence Counseling Expense**</u>

**1.** We will reimburse you for emotional counseling expense incurred and not reimbursed by any other source resulting from a "workplace violence" incident at your "premises" during the "coverage term". The emotional counseling expenses incurred must have been for:

**a.** Your employees who were victims of, or witnesses to the "workplace violence";

**b.** The spouse, parents or children of your employees who were victims of, or witnesses to the "workplace violence"; and

**c.** Any other person or persons who directly witnessed the "workplace violence" incident.

**2.** For **Workplace Violence Counseling Expense** only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION G. DEFINITIONS** is amended to include:

"Workplace violence" means any intentional use of deadly force by any person with intent to cause harm and that results in physical injury or death of any person while on the insured's "premises".

The most we will pay for all emotional counseling expense under **Workplace Violence Counseling Expense** in any one "coverage term" is the Limit of Insurance indicated in the Bridge Schedule of Coverage Limits.

Section **I, R. Deductible** applies.

CIC0075

**R. Deductible**

For this endorsement only, **BUILDING AND PERSONAL PROPERTY COVERAGE FROM, SECTION C. DEDUCTIBLE** is deleted in its entirety and replaced by the following:

We will not pay for an insured event in any one occurrence until the amount of the insured event exceeds the Deductible indicated in the Bridge Schedule of Coverage Limits. We will then pay the amount of the insured event in excess of the Deductible, up to the applicable Limit of Insurance in the Bridge Schedule of Coverage Limits in this endorsement.

## SECTION II - CONDITIONS

**A.** For purposes of this endorsement only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION D. LOSS CONDITIONS, 3. Duties In The Event of Loss or Damage**, is deleted in its entirety and replaced by the following:

**3. Duties In The Event of an Insured Event**

   **a.** In the event of an insured event for which this coverage is sought, you must see that the following are done in order for coverage to apply:

   **(1)** Notify the police if a law may have been broken; however, this does not apply to **SECTION I - COVERAGES, H. KIDNAP EXPENSE.**

   **(2)** Give us prompt notice of the insured event. Include a description of any property involved.

   **(3)** As soon as possible, give us a description of how, when and where the insured event occurred.

   **(4)** Take all reasonable steps to protect any property involved from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Keep a record of your expenses necessary to protect any property involved for consideration in the settlement of the claim. This will not increase your limit of insurance. However, in no event will we pay for any subsequent insured event resulting from a cause of loss that is not a Covered Cause of Loss.

   **(5)** At our request, give us complete inventories of any damaged and undamaged property. Include

quantities, costs, values and the amount claimed as the result of the insured event.

   **(6)** As often as may be reasonably required, permit us to inspect any property proving the insured event and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis and permit us to make copies from your books and records.

   **(7)** Submit a signed sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   **(8)** Cooperate with us in the investigation or settlement of the claim.

   **(9)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

   **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**B.** For purposes of this endorsement only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION D. LOSS CONDITIONS, 3. Loss Payment,** paragraphs **a.** through **h.** are deleted in their entirety and replaced by the following:

   **a.** In the event of an event insured by this Coverage Part, at our option, we will either:

   **(1)** Pay the value of lost or damaged property;

   **(2)** Pay the cost of repairing or replacing the lost or damaged property;

   **(3)** Take all or any part of the property at an agreed or appraised value; or

   **(4)** Repair, rebuild or replace the property with other property of like kind and quality.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of **SECTION D. LOSS CONDITIONS, 7. Valuation** or any applicable provision that amends or supercedes this valuation condition.

**b.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as provided in **SECTION A. COVERAGE, 4. Additional Coverages, g. Ordinance or Law.**

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in any property for which coverage is sought.

**e.** We may adjust amounts payable as the result of an insured event with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the property for which coverage is sought.

**f.** Our payment for "loss" to personal property of others and personal effects will only be for the account of the owner of the property.

**g.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**h.** We will pay for an insured event within 30 days after we receive the sworn proof of loss if you have complied with all of the terms of this Coverage Part; and

**(1)** We have reached agreement with you on the amount of the insured event; or

**(2)** An appraisal award has been made.

**C.** For purposes of this endorsement only, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION D. LOSS CONDITIONS, 7. Valuation,** the first sentence is deleted in its entirety and replaced by the following:

**7. Valuation**

We will determine the value of any property involved in the event of an insured event as follows:

**a.** At "Actual Cash Value" as of the time of the insured event, except as provided in **b., c., d.,** and **e.** below.

CIC0077

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION F. DEFINITIONS.**

## SECTION A. COVERAGE

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**a.** Business Income including "Rental Value".

**b.** Business Income other than "Rental Value".

**c.** "Rental Value".

If option **a.** above is selected, the term Business Income will include "Rental Value". If option **c.** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

**1. Business Income**

**a.** We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical "loss" to property at a "premises" which is described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The "loss" must be caused by or result from a Covered Cause of Loss. With respect to "loss" to personal property in the open or personal property in a vehicle, the "premises" include the area within 1,000 feet of the site at which the "premises" are located.

**b.** Business Income means the:

**(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll.

**c.** If you are a tenant and occupy only part of the site at which the "premises" are located, for the purposes of this Coverage Part only, your "premises" is the portion of the building which you rent, lease or occupy, including:

**(1)** Any area within the building or on the site at which the "premises" are located if that area services or is used to gain access to the described "premises".

**(2)** Your personal property in the open (or in a vehicle) within 1,000 feet.

**2. Extra Expense**

**a.** We will pay the actual and necessary Extra Expense you incur due to direct physical "loss" to property at a "premises" which is described in the Declarations and for which an Extra Expense Limit of Insurance is shown in the Declarations. The "loss" must be caused by or result from a Covered Cause of Loss. With respect to "loss" to personal property in the open or personal property in a vehicle, the "premises" include the area within 1,000 feet of the site at which the "premises" are located.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical "loss" to property caused by or resulting from a Covered Cause of Loss. Coverage pertains to expenses incurred (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue "operations":

**(a)** At the "premises"; or

**(b)** At replacement locations or at temporary locations, including:

**1)** Relocation expenses; and

**2)** Costs to equip and operate the replacement or temporary locations.

Includes copyrighted material of ISO Properties, Inc., with its permission.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

**(3)** To the extent it reduces the amount of "loss" that otherwise would have been payable under this Coverage Part, we will pay any Extra Expense to:

**(a)** Repair or replace any property; or

**(b)** Research, replace or restore the lost information on damaged "valuable papers and records".

However, if any property obtained for temporary use during the "period of restoration" remains after the resumption of normal "operations", the amount we will pay under this Coverage will be reduced by the salvage value of that property.

**c.** If you are a tenant and occupy only part of the site at which the "premises" are located, for the purposes of this Coverage Part only, your "premises" is the portion of the building which you rent, lease or occupy, including:

**(1)** Any area within the building or on the site at which the "premises" are located if that area services or is used to gain access to the described "premises".

**(2)** Your personal property in the open (or in a vehicle) within 1,000 feet.

## 3. Covered Causes of Loss

See **BUILDING AND PERSONAL PROPERTY COVERAGE FORM, SECTION A. COVERAGE, 3. Covered Causes of Loss.**

## 4. Limitation for Electronic Data

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of "electronic data", or any "loss" to "electronic data", except as provided under **SECTION A. COVERAGE, 5. Additional Coverages, d. Interruption of Computer Operations**.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of "electronic data", or any "loss" to "electronic data", except as provided under **SECTION A. COVERAGE, 5. Additional Coverages, d. Interruption of Computer Operations**.

## 5. Additional Coverages

The Additional Coverages are not additional Limits of Insurance.

### a. Civil Authority

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the "premises" due to direct physical "loss" to property, other than at the "premises", caused by or resulting from any Covered Cause of Loss.

This coverage for Business Income will begin immediately after the time of that action and will apply for a period of up to 30 days from the date of that action.

This coverage for Extra Expense will begin immediately after the time of that action and will end:

**(1)** 30 consecutive days after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

### b. Alterations and New Buildings

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical "loss" at the "premises" caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 1,000 feet of the "premises" and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical "loss" delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical "loss" had not occurred.

### c. Extended Business Income

**(1)** Business Income Other Than "Rental Value"

CIC0079

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this Coverage Part, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical "loss" had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the "premises" are located.

Loss of Business Income must be caused by direct physical "loss" at the "premises" caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this Coverage Part, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical "loss" had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the "premises" are located.

Loss of "Rental Value" must be caused by direct physical "loss" at the described "premises" caused by or resulting from any Covered Cause of Loss.

**d. Interruption of Computer Operations**

**(1)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

**(2)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage - **Interruption of Computer Operations** is $2,500 for all "loss" sustained and expense incurred in any "coverage term", regardless of the number of interruptions or the number of "premises", locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for "loss" or expense sustained or incurred as a result of subsequent interruptions in that "coverage term". A balance remaining at the end of a "coverage term" does not increase the amount of insurance in the next "coverage term". With respect to any interruption which begins in one "coverage term" and continues or results in additional loss or expense in that subsequent "coverage term", all "loss" and expense is

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0080

deemed to be sustained or incurred in the "coverage term" in which the interruption began.

**(4)** This Additional Coverage - **Interruption in Computer Operations** does not apply to "loss" sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in paragraph **(3)** of this Additional Coverage has not been exhausted.

**6.** <u>Coverage Extension</u>

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance. **SECTION D. ADDITIONAL CONDITION, 1. Coinsurance** does not apply to this Coverage Extension.

<u>Newly Acquired Locations</u>

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than property situated at fairs or exhibitions.

**b.** The most we will pay for "loss" under this Extension for the sum of Business Income loss and Extra Expense incurred is $100,000 at each location.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 90 days pass from the date you acquire your new building or business personal property or begin construction on that part of the building that would qualify as Covered Property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date construction begins on that part of the building that would qualify as Covered Property, or you acquire the new property.

## SECTION B. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## SECTION C. LOSS CONDITIONS

The following conditions apply in addition to the **COMMON POLICY CONDITIONS** and the **COMMERCIAL PROPERTY CONDITIONS.**

**1.** **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of "loss", either may make written demand for an appraisal of the "loss". In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2.** <u>Duties in the Event of Loss</u>

**a.** You must see that the following are done in the event of "loss":

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical "loss". Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when, and where the direct physical "loss" occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent "loss" resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the "loss" and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0081

this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3.** <u>Loss Determination</u>

**a.** The amount of Business Income "loss" will be determined based on:

**(1)** The Net Income of the business before the direct physical "loss" occurred;

**(2)** The likely Net Income of the business if no physical "loss" had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical "loss"; and

**(4)** Other relevant sources of information, including;

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical "loss" had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income "loss" that otherwise would have been incurred.

**c.** <u>Resumption of Operations</u>

We will reduce the amount of your:

**(1)** Business Income "loss", other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the "premises" or elsewhere.

**(2)** Extra Expense "loss" to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4.** <u>Loss Payment</u>

We will pay for insured "loss" within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and

**a.** We have reached agreement with you on the amount of "loss"; or

**b.** An appraisal award has been made.

**SECTION D. ADDITIONAL CONDITION**

**1.** <u>Coinsurance</u>

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the **COMMON POLICY CONDITIONS** and the **COMMERCIAL PROPERTY CONDITIONS**.

We will not pay the full amount of any Business Income "loss" if the Limit of Insurance for Business Income is less than:

**a.** The Coinsurance percentage shown for Business Income in the Declarations; times

**b.** The sum of:

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0082

**(1)** The Net Income (Net Profit or Loss before income taxes), and

**(2)** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no "loss" occurred) by your "operations" at the "premises" for the 12 months following the inception, or last previous anniversary date, of this Coverage Part (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1. Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this Coverage Part by the Coinsurance percentage;

2. Divide the Limit of Insurance for the described "premises" by the figure determined in Step **1.**; and

3. Multiply the total amount of "loss" by the figure determined in Step **2.**

We will pay the amount determined in Step **3.** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the "loss" yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1. Prepaid freight - outgoing;

2. Returns and allowances;

3. Discounts;

4. Bad debts;

5. Collection expenses;

6. Cost of raw stock and factory supplies consumed (including transportation charges);

7. Cost of merchandise sold (including transportation charges);

8. Cost of other supplies consumed (including transportation charges);

9. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if form **CP 15 11** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if form **FA 465** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date of this Coverage Part at the "premises" would have been $400,000

The Coinsurance percentage is 50%

The Limit of Insurance is $150,000

The amount of "loss" is $80,000

Step 1: $400,000 X 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $150,000 ÷ $200,000 = .75

Step 3: $ 80,000 X .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date of this Coverage Part at the "premises" would have been $400,000

The Coinsurance percentage is 50%

The Limit of Insurance is $200,000

The amount of "loss" is $80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of "loss").

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0083

This condition does not apply to Extra Expense.

## SECTION E. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period of Indemnity**

   a. **SECTION D. ADDITIONAL CONDITIONS, 1. Coinsurance** does not apply to this Coverage Part at the "premises" to which this Optional Coverage applies.

   b. The most we will pay for the total of Business Income "loss" and Extra Expense is the lesser of:

      (1) The amount of Business income "loss" sustained and Extra Expense incurred during the 120 days immediately following the beginning of the "period of restoration"; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit of Indemnity**

   a. **SECTION D. ADDITIONAL CONDITIONS, 1. Coinsurance** does not apply to this Coverage Part at the "premises" to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

**Example:**

| When: | The Limit of Insurance is | $120,000 |
|---|---|---|

| The fraction shown in the Declarations for this Optional Coverage is | 1/4 |
|---|---|

The most we will pay for "loss" in each period of 30 consecutive days is:

$120,000 X 1/4 = $30,000

If, in this example, the actual amount of "loss" is:

| Days | 1-30 | $40,000 |
|---|---|---|
| Days | 31-60 | 20,000 |
| Days | 61-90 | 30,000 |
| | | $90,000 |

We will pay:

| Days | 1-30 | $30,000 |
|---|---|---|
| Days | 31-60 | 20,000 |
| Days | 61-90 | 30,000 |
| | | $80,000 |

The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

   a. To activate this Optional Coverage:

      (1) A Business Income Report/Work Sheet must be made a part of this Coverage Part and must show financial data for your "operations":

         (a) During the 12 months prior to the date of the Work Sheet; and

         (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

      (2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown on the Declarations. The Agreed Value should be at least equal to:

         (a) The Coinsurance percentage shown in the Declarations; multiplied by

         (b) The amount of Net Income and Operating Expenses for the following 12 months you report on the Work Sheet.

   b. Except as noted in **c.** below, the **ADDITIONAL CONDITION Coinsurance**, is suspended until the expiration date of this Coverage Part.

   c. We will reinstate the **ADDITIONAL CONDITION Coinsurance**, automatically if you do not submit a new Work Sheet and Agreed Value:

      (1) When you request a change in your Business Income Limit of Insurance; or

      (2) When you request the coinsurance percentage be changed on the Work Sheet.

   d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any "loss" than the amount of "loss" multiplied by:

      (1) The Business Income Limit of Insurance; divided by

      (2) The Agreed Value.

**Example:**

| When: | The Limit of Insurance is | $100,000 |
|---|---|---|

Includes copyrighted material of ISO Properties, Inc., with its permission.

CIC0084

| The Agreed Value is | $200,000 |
| The amount of "loss" is | $ 80,000 |

Step (a): $100,000 ÷ $200,000 = .50

Step (b): .50 X $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period of Indemnity**

In **SECTION A. COVERAGE, 5. Additional Coverages, c. Extended Business Income**, the number "60" in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

## SECTION F. DEFINITIONS

**1.** **"Computer programs"** means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**2.** **"Coverage term"** means the following individual increment, or if a multi-year policy period, increments, of time, which comprise the policy period of this Coverage Part:

**a.** The year commencing on the Effective Date of this Coverage Part at 12:01 A.M. standard time at your mailing address shown in the Declarations, and if a multi-year policy period, each consecutive annual period thereafter, or portion thereof if any period is for a period of less than 12 months, constitute individual "coverage terms". The last "coverage term" ends at 12:00 A.M. standard time at your mailing address shown in the Declarations on the earlier of:

**(1)** The day the policy period shown in the Declarations ends; or

**(2)** The day the policy to which this Coverage Part is attached is terminated or cancelled.

**b.** However, if after the issuance of this Coverage Part, any "coverage term" is extended for an additional period of less than 12 months, that additional period of time will be deemed to be part of the last preceding "coverage term".

**3.** **"Electronic data"** means information, facts or "computer programs" stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.

**4.** **"Finished Stock"** means stock you have manufactured.

"Finished Stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the "premises" of any retail outlet insured under this Coverage Part.

**5.** **"Loss"** means accidental loss or damage.

**6.** **"Operations"** means:

**a.** Your business activities occurring at the "premises"; and

**b.** The tenantability of the "premises", if coverage for Business Income including "Rental Value" or "Rental Value" applies.

**7.** **"Period of Restoration"** means the period of time that:

**a.** Begins at the time of direct physical "loss".

**b.** Ends on the earlier of:

**(1)** The date when the property at the "premises" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

**c.** "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

**d.** The expiration date of the Coverage Part will not cut short the "period of restoration".

**8.** **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum and petroleum by-products, and waste. Waste includes materials to be recycled, reconditioned or reclaimed. "Pollutants" include but are not limited to substances which are generally recognized in industry or government to be harmful or toxic to persons, property, or the environment regardless of whether injury or damage is caused di-

CIC0085

rectly or indirectly by the "pollutants" and whether:

**a.** You are regularly or otherwise engaged in activities which taint or degrade the environment; or

**b.** You use, generate or produce the "pollutant".

**9.** **"Premises"** means the Location of Premises described in the Declarations.

**10.** **"Rental Value"** means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the "premises" described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the "premises" which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that "premises", including:

**(1)** Payroll; and

**(2)** The amount of charges, which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**11.** **"Suspension"** means:

**a.** The slowdown or cessation of your business activities; and

**b.** That a part or all of the "premises" is rendered untenantable if coverage for Business Income including "Rental Value" or "Rental Value" applies.

**12.** **"Valuable Papers and Records"** means inscribed, printed or written documents, manuscripts or records, including abstracts, books, card index systems, deeds, drawings, films, maps, mortgages, or proprietary information. But "valuable papers and records" does not mean "money" or "securities" or "electronic data", including the materials on which the "electronic data" is recorded.

Includes copyrighted material of ISO Properties, Inc., with its permission.